**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| **ROBERT CONNORS, ALEX EINSPRUCH,** | § | |
| **KAYVON SHAHBAZ, BRIAN STEELY,** | § | |
| **AND PETER LU,** | § | |
| | § | |
| **Plaintiffs,** | § | |
| | § | |
| **v.** | § | **CIVIL ACTION NO. 3:17-CV-1066** |
| | § | |
| **TRAVELERS CASUALTY AND** | § | |
| **SURETY COMPANY OF AMERICA,** | § | |
| | § | |
| **Defendant.** | § | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1332, 28 U.S.C. § 1441, and 28 U.S.C. § 1446, Defendant Travelers Casualty and Surety Company of America ("Defendant" or "Travelers") files this Notice of Removal, and in support thereof, states as follows:

1.      Travelers is the only defendant in the state court action styled *Robert Connors, Alex Einspruch, Kayvon Shahbaz, Brian Steely, and Peter Lu v. Travelers Casualty and Surety Company of America*, Cause No. DC-17-03171, pending in the 116th District Court of Dallas County, Texas (the "State Court Action").

2.      Plaintiffs Robert Connors, Alex Einspruch, Kayvon Shahbaz, Brian Steely, and Peter Lu (collectively, "Plaintiffs") filed their Plaintiffs' Original Petition (the "Petition") in the State Court Action on March 16, 2017.  Travelers received, through service on its registered agent, the Citation and the Petition on March 24, 2017.  (*See* Exhibit B).  This Notice of Removal is therefore timely filed within thirty (30) days after the receipt by Travelers of a copy of the initial pleading and citation pursuant to 28 U.S.C. § 1446(b)(1).

3.      This is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332(a)(1) and is one which may be removed to this Court pursuant to 28 U.S.C. § 1441(a), because the case is a civil action between citizens of different States, wherein the matter in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4.      On information and belief, Plaintiff Robert Connors is an individual United States citizen who resides in Dallas County, Texas, and therefore is a citizen of the State of Texas.

5.      On information and belief, Plaintiff Alex Einspruch is an individual United States citizen who resides in Dallas County, Texas, and therefore is a citizen of the State of Texas.

6.      On information and belief, Plaintiff Kayvon Shahbaz is an individual United States citizen who resides in Dallas County, Texas, and therefore is a citizen of the State of Texas.

7.      On information and belief, Plaintiff Brian Steely is an individual United States citizen who resides in Dallas County, Texas, and therefore is a citizen of the State of Texas.

8.      On information and belief, Plaintiff Peter Lu is an individual United States citizen who resides in Dallas County, Texas, and therefore is a citizen of the State of Texas.

9.      Travelers is a corporation organized and existing under the laws of the State of Connecticut with its principal place of business in the State of Connecticut, and therefore is deemed to be a citizen of the State of Connecticut.

10.      Given the foregoing paragraphs 4. through 9., complete diversity of citizenship exists among the parties pursuant to 28 U.S.C. § 1332(a)(1), (c)(1).

11.      In their Petition, Plaintiffs contend that they are entitled to insurance coverage for an underlying civil lawsuit brought against them (the "Underlying Lawsuit"), under the Community Association Management Liability Coverage Policy No. 106381254 issued by

Travelers to 4100 Travis Street Condominium Homeowners Association for the **Policy Period** from September 30, 2016 to September 30, 2017 (the "Policy").[1]

12.     The amount in controversy in this action exceeds the $75,000 threshold under 28 U.S.C. § 1332(a).

13.     Specifically, the Petition expressly states that "Plaintiffs seek monetary relief over $100,000, including damages of any kind, expenses, prejudgment interest, and attorneys' fees." (*See* Exhibit C ¶ 2).  In addition to their claimed actual damages,  Plaintiffs seek recovery from Travelers of statutory damages and treble damages under Chapter 541 of the Texas Insurance Code, statutory penalties under Chapter 542 of the Texas Insurance Code, and attorney's fees. (*See* Exhibit C ¶¶ 37-49).

14.     Further, because the Policy's applicable limit of liability is $1,000,000, the amount of insurance coverage at issue in this action exceeds $75,000.

15.     Consequently, the amount in controversy requirement under 28 U.S.C. § 1332(a) is satisfied by both the total amount of recovery sought by Plaintiffs from Travelers and the amount of insurance coverage at issue.

16.     This Court therefore has original jurisdiction over this action under 28 U.S.C. § 1332(a), and removal of this action to this Court is proper under 28 U.S.C. § 1441.

17.     Copies of all materials required by 28 U.S.C. § 1446(a) and Local Rule 81.1 are filed as exhibits hereto.

18.     For these reasons, this action is properly removable from the 116th District Court of Dallas County, Texas, to the United States District Court for the Northern District of Texas, Dallas Division, such being the district and division where the State Court Action is pending.

---

[1] The capitalized words in bold font are terms which are defined in the Policy and are used herein in accordance with those definitions.

19.     Travelers will give notice of the filing of this Notice of Removal to all parties through their counsel of record and will file a copy of this Notice of Removal in the State Court Action, as required by 28 U.S.C. § 1446(d).

20.     Travelers does not waive and specifically reserves any and all objections, exceptions, or defenses to the Petition.

Respectfully submitted,

By:   */s/ J. Price Collins*
          J. Price Collins
          State Bar No.: 04610700
          price.collins@wilsonelser.com
          Ashley F. Gilmore
          State Bar No.: 50511704
          ashley.gilmore@wilsonelser.com
          WILSON ELSER MOSKOWITZ EDELMAN &
          DICKER LLP
          901 Main Street, Suite 4800
          Dallas, TX  75202-3758
          Telephone:   214-698-8000
          Facsimile:   214-698-1101

**ATTORNEYS FOR DEFENDANT
TRAVELERS CASUALTY AND SURETY
COMPANY OF AMERICA**

## CERTIFICATE OF SERVICE

This is to certify that, on April 20, 2017, a true and correct copy of the foregoing Notice

of Removal was served on the following counsel of record by email:

Shannon W. Conway
sconway@talcottfranklin.com
Cory C. Johnson
cory@talcottfranklin.com
TALCOTT FRANKLIN P.C.
1521 N. Cooper Street, Suite 340
Arlington, Texas 76011
Facsimile: (800) 727-0659
**ATTORNEYS FOR PLAINTIFFS**
**ROBERT CONNORS, ALEX EINSPRUCH,**
**KAYVON SHAHBAZ, BRIAN STEELY, AND PETER LU**

_/s/ J. Price Collins_
J. Price Collins