FILED
DALLAS COUNTY
3/16/2017 1:13:11 PM
FELICIA PITRE
DISTRICT CLERK

Freeney Anita

**ATTACHMENT 3**

DC-17-03171

CAUSE NO. _____



| | | |
|---|---|---|
| ROBERT CONNORS, ALEX EINSPRUCH, KAYVON SHAHBAZ, BRIAN STEELY, and PETER LU, | § § § § | IN THE DISTRICT COURT |
| Plaintiffs, | § § | 116TH JUDICIAL DISTRICT |
| v. | § § | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA | § § § | DALLAS COUNTY, TEXAS |
| Defendant. | § | |

### PLAINTIFFS' ORIGINAL PETITION

Plaintiffs Robert Connors, Alex Einspruch, Kayvon Shahbaz, Brian Steely, and Peter Lu (together, "Plaintiffs") hereby file their Original Petition and respectfully show the Court as follows:

## I.
## DISCOVERY CONTROL PLAN

1.      Plaintiffs intend to conduct discovery in this case pursuant to Level 2 of Rule 190.3 of the Texas Rules of Civil Procedure and affirmatively pleads that this suit is not governed by the expedited-actions process in Texas Rule of Civil Procedure 169 because Plaintiffs seek monetary relief over $100,000.

## II.
## MONETARY RELIEF SOUGHT

2.      Plaintiffs seek monetary relief over $100,000, including damages of any kind, expenses, prejudgment interest, and attorneys' fees.

## III.
## PARTIES

3.      Plaintiff Robert Connors is an individual residing in Dallas County, Texas, and is a Board Member of the 4100 Travis Street Condominium Homeowners Association.

4.      Plaintiff Alex Einspruch is an individual residing in Dallas County, Texas, and is a Board Member of the 4100 Travis Street Condominium Homeowners Association.

5.      Plaintiff Kayon Shahbaz is an individual residing in Dallas County, Texas, and is a Board Member of the 4100 Travis Street Condominium Homeowners Association.

6.      Plaintiff Brian Steely is an individual residing in Dallas County, Texas, and is a Board Member of the 4100 Travis Street Condominium Homeowners Association.

7.      Plaintiff Peter Lu is an individual residing in Dallas County, Texas, and is a Board Member of the 4100 Travis Street Condominium Homeowners Association.

8.      Defendant Travelers Casualty and Surety Company of America ("Travelers") is a Connecticut corporation with its principal place of business located at One Tower Square, Hartford, Connecticut 06183, and may be served with process by servicing its registered agent for service of process, Corporation Service Company, 211 East 7th Street, Suite 620, Austin, Texas 78701-3218.

## IV.
## JURISDICTION AND VENUE

9.      Jurisdiction is proper in this Court because Plaintiffs seek damages within the jurisdictional limits of this Court. Venue is proper in Dallas County, Texas, pursuant to Tex. Civ. Prac. & Rem. Code § 15.002 because all or a substantial part of the events or omissions giving rise to Plaintiffs' claims occurred in Dallas County, Texas.

# V.
# FACTUAL BACKGROUND

**A.      The Policy**

10.      Plaintiffs, as members of the Board of Directors of the 4100 Travis Street Condominiums Homeowners Association (the "Association") named in a liability insurance policy issued by Travelers entitled "Community Association Management Liability Coverage Policy" (the "Policy"), are "Insured Persons" under the Policy.  A copy of the Policy is attached hereto as **Exhibit A**.

11.      The Policy is a claims-made and reported policy that designates the policy period as September 30, 2016 to September 30, 2017. The promises made by Travelers in the Policy included its promises to "pay on behalf of:

      A.      the Insured Persons, Loss for Directors and Officers Wrongful Acts, except for Loss that the Insured Organization pays to or on behalf of the Insured Persons as indemnification;

      B.      the Insured Organization, Loss for Directors and Officers Wrongful Acts, that the Insured Organization pays to or on behalf of the Insured Persons as indemnification; and

      C.      the Insured Organization, Loss for Directors and Officers Wrongful Acts, that results from any Directors and Officers Claim first made during the Policy Period…"

**Exhibit A** (Policy, at p. 1 of 18).

12.      "Directors and Officers Wrongful Acts" are defined by the Policy to include "any actual or alleged act, error, omission, misstatement, misleading statement or breach of duty or neglect by … an Insured Person in his or her capacity as such," and "any actual or alleged act, error, omissions, misstatement, misleading statement or breach of duty or neglect by … the Insured Organization…" **Exhibit A** (Policy, at p. 3 of 18).

13.     "Directors and Officers Claim" is defined by the Policy to include "a civil proceeding commenced by service of a complaint or similar pleading." **Exhibit A** (Policy, at p. 3 of 18).  And "Claim" is defined by the Policy to include a "Directors and Officers Claim." *Id.* (p. 2 of 18).

14.     "Loss" is defined by the Policy to mean "Defense Expenses and money which an Insured is legally obligated to pay as a result of a Claim, including compensatory damages, punitive or exemplary damages where insurable under applicable law, prejudgment and postjudgment interest, judgments and settlements." **Exhibit A** (Policy, at p. 5-6 of 18).

**B.     The Barnes Lawsuit**

15.     On or about October 14, 2016, William Barnes, Margaret Barnes, Mark Oristano and Lynn Oristano filed suit in Dallas County District Court against Plaintiffs, alleging claims for, *inter alia*, "violation of the Declaration, Bylaws, and Texas Condominium Act," "breach of fiduciary duty" and "attorneys' fees" (the "Barnes Lawsuit").

16.     The Barnes Lawsuit alleged that Plaintiffs failed to meet its obligations under the Association's Declaration and Bylaws by failing, *inter alia*, to "make repairs consistent with managing the Condominium in a 'first class' manner and in the best interest of the owners" and to "meet at least once each quarter." The Barnes Lawsuit further alleged that Plaintiffs' actions "violate the Board members' fiduciary duties to [the Barnes] Plaintiffs."

17.     By letter dated October 21, 2016, Travelers acknowledged receipt of the Barnes Lawsuit and, by letter dated October 25, 2016, Travelers further acknowledged that the Barnes Lawsuit "constitutes a Directors and Officers Claim within the meaning of the Policy because it alleges a Wrongful Act by an Insured."

18.     Notwithstanding this express admission that the Barnes Lawsuit alleged Wrongful Acts, Travelers' October 25, 2016 letter disclaimed coverage under the Policy (the "Disclaimer Letter").

19.     In its Disclaimer Letter, Travelers quoted numerous allegations from the Barnes Lawsuit, but purposefully omitted those allegations that put the Barnes Lawsuit squarely into the liability coverage promised by Travelers under the Policy.  Specifically, Travelers ignored those allegations that allege Plaintiffs violated the Declarations and Bylaws and breached their fiduciary duties by failing to "make repairs consistent with managing the [condominiums] in a 'first class' manner and in the best interest of the owners" and failing to "meet at least once each quarter." By simply ignoring those allegations that fell under the coverage provided by the Policy, Travelers argued that the Policy's "tangible property" exclusion barred coverage of any Loss arising out of the Barnes Lawsuit.

20.     Of course, the "tangible property" exclusion cannot operate to negate Travelers' duty to defend its Insureds where, as here, the Claim against the Insureds actually includes at least one theory of liability that is not "based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any damage to, destruction of, deterioration of, loss of, or loss of use of any tangible property." As just one example, clearly the failure to meet at least once each quarter – as alleged in the Barnes Lawsuit – is not barred from coverage by the "tangible property" exclusion.

21.     By letter dated November 29, 2016, Plaintiffs specifically pointed this out to Travelers, yet Travelers' response, dated December 5, 2016, still refused to acknowledge those covered allegations and stood by its disclaimer.

22.    Travelers' mischaracterization of the Policy's application to the Barnes Lawsuit was manufactured solely for the purpose of creating a pretext to forestall performance of its duty to defend.

23.    With Travelers having so abandoned its insureds, Plaintiffs have spent the last five (5) months diligently defending themselves against the Barnes Lawsuit, incurring legal fees which are, in fact, Travelers' responsibility. This defense is ongoing, and the legal fees incurred by Plaintiffs continue to mount.

24.    By its disclaimer, Travelers repudiated its contractual duty to contemporaneously pay the costs incurred by its Insureds in their own defense. Travelers also has anticipatorily repudiated its duty to indemnify its Insureds for the amounts that may be ultimately required to pay if found liable for any or all of the damages alleged in the Barnes Lawsuit.

## VI.
## CONDITIONS PRECEDENT

25.    All conditions precedent to Plaintiffs' recovery herein have been fully performed, or have occurred or been waived.

## VII.
## CAUSES OF ACTION

### COUNT ONE:  DECLARATORY JUDGMENT CONCERNING TRAVELERS' DUTY TO DEFEND

26.    Plaintiffs re-allege and incorporate by reference all prior allegations contained herein.

27.    Plaintiffs are Insureds under the Policy issued by Travelers for Plaintiffs' benefit.

28.    The Barnes Lawsuit asserted liability claims against Plaintiffs that, if true, are covered by the Policy.

29.     Plaintiffs gave proper notice of the liability suit to Travelers as alleged above and as required under the Policy.

30.     Travelers has refused to defend Plaintiffs in the underlying Barnes Lawsuit as required by the terms of the Policy.

31.     As set forth herein, Plaintiffs are entitled to a judicial declaration declaring that (i) Plaintiffs are entitled to the payment and reimbursement of defense costs for the Barnes Lawsuit from Travelers; and (ii) Travelers is contractually bound to pay defense costs on a going-forward basis.  Plaintiffs seek damages within the jurisdictional limits of this Court.

<u>COUNT TWO:  BREACH OF CONTRACT</u>

32.     Plaintiffs re-allege and incorporate by reference all prior allegations contained herein.

33.     Plaintiffs have substantially performed all material obligations on their part to be performed under the Policy.

34.     Travelers has repudiated its duty to defend Plaintiffs against the claims in the Barnes Lawsuit, and has therefore breached the Policy.

35.     As a proximate result of Travelers' breach, Plaintiffs have suffered damages in an amount to be determined at trial.

36.     17.     In addition, Plaintiffs entitled to recover their reasonable attorney's fees pursuant to Section 38.001 of the TEXAS CIVIL PRACTICES & REMEDIES CODE and any other amount to which it may be entitled.

<u>COUNT THREE: BREACH OF DUTY OF PROMPT PAYMENT</u>

37.     Plaintiffs re-allege and incorporate by reference all prior allegations contained herein.

38.     The Barnes Lawsuit alleges claims that fall within the Policy's insuring clause(s).

39.     Plaintiffs timely noticed the Barnes Lawsuit to Travelers and requested a defense.

40.     By refusing to timely pay or reimburse the defense costs incurred in the Barnes Lawsuit, Travelers has violated Texas Insurance Code § 542.051, *et seq.*

41.     As a result of Travelers' breach of its duty of prompt payment, Plaintiffs are entitled to recover damages in an amount to be determined at trial, attorneys' fees and interest.

## COUNT FOUR: BAD FAITH

42.     Plaintiffs re-allege and incorporate by reference all prior allegations contained herein.

43.     Plaintiffs are Insureds under the Policy issued by Travelers, which gave rise to a duty of good faith and fair dealing.

44.     Travelers' disclaimer as to the Barnes Lawsuit is predicated on its willful mischaracterization of the Policy's terms, as applied to the Barnes Lawsuit.

45.     Travelers breached its duty of good faith and fair dealing by misrepresenting the terms of the Policy to its Insured and by denying payment of a covered claim when Travelers knew or should have known its liability under the Policy was reasonably clear.

46.     Travelers' breach of its duty proximately caused injury to Plaintiffs in the form of the defense costs incurred in defending the Barnes Lawsuit.

47.     As a result of Travelers' breach, Plaintiffs seek damages within the jurisdictional limits of this Court, including actual damages, treble damages and attorneys' fees pursuant to TEXAS INSURANCE CODE § 541.152.

<u>COUNT FIVE: STATUTORY ATTORNEYS' FEES</u>

48.     Plaintiffs re-allege and incorporate by reference all prior allegations contained herein.

49.     Pursuant to TEXAS CIVIL PRACTICE & REMEDIES CODE §§ 37.009 and 38.001, Plaintiffs are entitled to recover all reasonable attorneys' fees and costs incurred in the prosecution of this lawsuit.

<u>COUNT SIX: PERMANENT INJUNCTION</u>

50.     Plaintiffs re-allege and incorporate by reference all prior allegations contained herein.

51.     Plaintiffs are entitled to an injunction enjoining Travelers from withholding payment of attorneys' fees previously incurred in defending the Barnes Lawsuit and which may be incurred in the future.

**JURY DEMAND**

52.     Plaintiffs demand a jury trial and tender the appropriate fee with this petition.

**REQUESTS FOR DISCLOSURE**

53.     Under Texas Rule of Civil Procedure 194, Plaintiffs request that Travelers disclose, within 50 days of the service of this request, the information or material described in Rule 194.2.

**PRAYER FOR RELIEF**

54.     For the foregoing reasons, Plaintiffs respectfully request that the Court issue citation for Travelers to appear and answer, and that Plaintiffs be awarded a judgment against Travelers for the following:

a.      payment and reimbursement of defense costs by Travelers for the underlying Barnes Lawsuit;

b.      payment of defense costs by Travelers for the underlying Barnes Lawsuit on a going-forward basis;

c.      an injunction enjoining Travelers from withholding payment of attorneys' fees previously incurred in defending the Barnes Lawsuit and which may be incurred in the future;

d.      actual damages in an amount to be determined by the trier of fact;

e.      statutory treble damages;

f.      exemplary damages;

g.      all attorneys' fees incurred herein by Plaintiffs in pursuing their claims in this lawsuit; and

h.      all such other and further relief to which Plaintiffs may be justly entitled.


Respectfully submitted,

TALCOTT FRANKLIN P.C.

*/s/ Shannon W. Conway*
Shannon W. Conway (State Bar No. 24052047)
Cory C. Johnson (State Bar No. 24046162)
TALCOTT FRANKLIN P.C.
1521 N. Cooper Street, Ste. 340
Arlington, Texas 76011
Telephone: (214) 736-8730
Facsimile: (800) 727-0659
sconway@talcottfranklin.com
cory@talcottfranklin.com

# Exhibit A



**September 30, 2016**

**4100 TRAVIS STREET CONDOMINIUM HOMEOWNERS ASSOCIATION**
**C/O KNOBLER PROPERTY MGMT, LLC**
**4300 N. CENTRAL EXPWY., STE 230**
**DALLAS, TX 75206**

Re: Important Information about **Claims Information Line**

Dear   **4100 TRAVIS STREET CONDOMINIUM HOMEOWNERS ASSOCIATION**

Travelers Bond & Specialty Insurance is pleased to announce its **1-800-842-8496** Claims Information Line.  This line is designed to provide insureds with an additional resource on how to report claims or those circumstances or events which may become claims.

Policyholders will be able to obtain assistance on the following topics from the Claims Information Line:

·The information that needs to be included with the claim notice

·The address, electronic mail address and/or facsimile number to which the policyholder can send claims related information

· Get questions on the claim process answered

The Declarations Page of your policy sets forth where you should report claims and claims related information.  You should also review the policy's reporting requirements to be aware of how much time you have to report a claim to Travelers.  The sooner Travelers is notified, the sooner we can become involved in the process and offer assistance to our policyholder.  A delay in reporting may result in all or part of a matter to fall outside of the coverage provided.

The Claims Information Line should streamline the claim reporting process and allow policyholders to ask questions on what information is needed as well as other questions which will assist them in working with Travelers.  While the Claims Information Line provides policyholders a valuable resource by answering questions and providing information, the line does not replace the reporting requirements contained in the Policy.

We hope this improvement to customer service is something our policyholders will find helps them understand the claim process and provides them a resource for reporting.

Best regards,

**Sonia Orozco-Mendoza**



# Risk Management Helpline for Community Associations

**MANAGEMENT LIABILITY**

Too often in today's increasingly litigious environment, you may find your association caught in the middle of a potential conflict with an employee, homeowner, vendor or other third party. To address these growing exposures, now more than ever, Travelers understands that you need high-quality risk management services provided by your management liability carrier. Travelers is pleased to now offer a risk management helpline that provides up to one hour of free consultative risk management services through Cole, Scott & Kissane, P.A., a premier liability defense law firm with extensive experience representing community associations.* The helpline is confidential, and neither your association's identity nor any identifying details of your association's issue or question are disclosed to Travelers.

## Risk management topics

The helpline has been structured to provide you with access to a confidential, knowledgeable and expert resource on a wide range of risk management topics, including:

- Employee liability avoidance
- Customer contracts and conflicts
- Board elections, policies and procedures
- Property management, policies and procedures

## About Cole, Scott & Kissane, P.A.

Cole, Scott & Kissane, P.A. is a defense-oriented law firm based in Florida, with 10 offices and over 220 lawyers. Their lawyers are highly experienced in association liability defense matters.

Note: This service is available for consultation purposes only and is not to discuss actual claim situations. Any actual or potential claims must be reported to the Travelers Bond & Financial Products Claim department.

## Helpline instructions

The helpline can be accessed by any current Travelers insured with Community Association Management Liability coverage.

**Call:** 1.855.548.8656
**Hours of operation:** Monday - Friday, 8 a.m. - 5 p.m. EST (excluding holidays)

After taking relevant details and analyzing the problem, a legal professional from Cole, Scott & Kissane, P.A. will return your call and discuss the matter for up to one hour, at no cost to you or your firm.

* Assistance from Cole, Scott & Kissane, P.A. attorneys is not intended to replace your firm's need to hire counsel to assist in making risk management decisions.

Please keep this card for easy access to Travelers risk management helpline:





| | |
|---|---|
| Travelers helpline: | 1.855.548.8656 |
| Policy number: | 106381254 |
| Effective date: | 09/30/2016 |
| Website: | rmplusonline.com |

**travelersbond.com**

The Travelers Indemnity Company and its property casualty affiliates. One Tower Square, Hartford, CT 06183

This material does not amend, or otherwise affect, the provisions or coverages of any insurance policy or bond issued by Travelers. It is not a representation that coverage does or does not exist for any particular claim or loss under any such policy or bond. Coverage depends on the facts and circumstances involved in the claim or loss, all applicable policy or bond provisions, and any applicable law. Availability of coverage referenced in this document can depend on underwriting qualifications and state regulations.

© 2013 The Travelers Indemnity Company. All rights reserved. Travelers and the Travelers Umbrella logo are registered trademarks of The Travelers Indemnity Company in the U.S. and other countries. 56167 New 4-13



**One Tower Square**
**Hartford, CT 06183**

**RE: Risk Management PLUS+ Online® from Travelers Bond & Specialty Insurance** (www.rmplusonline.com)

Travelers Bond & Specialty Insurance is pleased to provide you with Risk Management PLUS+ Online, the industry's most comprehensive program for mitigating your management liability and crime exposures related to:

- Community Association Management
- Crime
- Kidnap and Ransom
- Identity Fraud Expense Reimbursement

Risk Management PLUS+ Online is a flexible, comprehensive loss prevention program specifically designed for Travelers Bond & Specialty Insurance customers and is available to you at no additional cost. Included in the site is a library of articles, checklists and training on relevant risk mitigation, employment and management topics.

Risk Management PLUS+ Online is a full-featured knowledge base developed to aid you in more than just protection against lawsuits, but as a great resource for HR administrators, managers and executives as well. Browse from the Quick Links or News & Information sections.  Share industry articles with managers and executive leaders to help develop ideas to increase workplace productivity, solutions for business issues and more!

**Highlights of Risk Management PLUS+ Online services include:**

- Web-based training for executives, managers and human resource personnel
- Practical solutions for problems faced in the workplace and managing your organization
- Topical webinars and weekly articles on current issues
- Model Employee Handbook, including policies and forms for downloading or printing that reduce risks in the workplace

The attached Risk Management PLUS+ Online Registration Instructions contain easy, step-by-step instructions to register for this valuable tool. For more information, call 1-888-712-7667 and ask for your Risk Management PLUS + Online representative. It's that simple.

We strongly encourage you to take full advantage of this program to improve your organization.

Thank you for choosing Travelers Bond & Specialty Insurance for your insurance needs. Travelers is a market leader in providing management liability and crime coverages that are specifically customized for your organization. As your risks evolve, so do we, through our ability to provide you with responsive risk management services.

*Registration for Site Administrators:*
The Site Administrator is the person in your organization who will oversee Risk Management PLUS+ Online for the organization. The Site Administrator is typically a person who leads human resources and/or financial functions or is responsible for legal matters pertaining to personnel. The Site Administrator may add other Site Administrators later to assist with their responsibilities. To register:

1. Go to www.rmplusonline.com.
2. In the Sign-In box, click **Register**.
3. Enter the password/passcode: TRVP140000
4. Fill in the Registration Information and click **Submit**.
5. Your organization is registered, and you are registered as Site Administrator.

*Learning to Navigate the Site:*
1. Go to www.rmplusonline.com. On each page, you will see a box outlined in blue that contains the instructions for use of that page.
2. If you have any questions, just click on **Contact Us** on the front page. Enter your question in the form provided, and the System Administrator will get back to you quickly with the answer.
3. You can also schedule a live walk-through of the site by sending a request for a walk-through via the contact link on the front page.

© 2014 The Travelers Indemnity Company. All rights reserved.



**One Tower Square**

**Hartford, CT 06183**

## <u>Community Association Management Liability Hotline</u>

As part of the services provided through Risk Management PLUS+ Online ®, Travelers Bond & Specialty Insurance is pleased to provide its Community Association Management Liability policyholders with limited access to a toll-free hotline designed to provide quick, practical guidance on day-to-day employment and homeowner and condominium association issues.

To utilize the hotline, call **1-855-548-8656**.

Through this hotline, policyholders are eligible to receive free general guidance from the law firm of Cole, Scott & Kissane. The hotline is available toll-free from anywhere in the United States.

We have developed this program in conjunction with Cole, Scott & Kissane, a law firm exclusively dedicated to representing management on workplace and homeowner and condominium association issues in Florida. With more than 220 attorneys, in ten offices throughout the State of Florida, the firm has a recognized expertise in workplace and homeowner and condominium association related issues. Cole, Scott & Kissane is comprised of attorneys licensed to practice law in the State of Florida.

The firm's attorneys are available to assist policyholders in managing their workplace risk and minimizing homeowner and condominium association management related claims. As part of this program, policyholders are also eligible to receive regular fees for matters beyond the scope of the hotline, such as risk management training or areas not within the scope of their policy. Similarly, the hotline cannot be used to report a claim regardless of any disclosure made to Cole, Scott & Kissane.

This material does not amend, or otherwise affect, the provisions or coverages of any insurance policy or bond issued by Travelers. It is not a representation that coverage does or does not exist for any particular claim or loss under any such policy or bond. Coverage depends on the facts and circumstances involved in the claim or loss, all applicable policy or bond provisions, and any applicable law. Availability of coverage referenced in this document can depend on underwriting qualifications and state regulations.

Travelers Casualty and Surety Company of America, One Tower Square, Hartford, CT 06183

## IMPORTANT NOTICE REGARDING INDEPENDENT AGENT AND BROKER COMPENSATION

For information on how Travelers compensates independent agents, brokers, or other insurance producers, please visit this website: www.travelers.com/w3c/legal/Producer_Compensation_Disclosure.html

If you prefer, you can call the following toll-free number: 1-866-904-8348. Or you can write to us at Travelers, Agency Compensation, One Tower Square, Hartford, CT 06183.

© 2015 The Travelers Indemnity Company. All rights reserved.

**TEXAS**
**IMPORTANT NOTICE TO POLICYHOLDERS**

Losses must be discovered during the policy period or the Extended Period to Discover Loss.  Please refer to your policy provisions for further details.

This notice is for information only and does not become a part or condition of the attached document.

©2009 The Travelers Companies, Inc. All Rights Reserved

## TEXAS - INFORMATION OR COMPLAINTS NOTICE

To obtain information or make a complaint:

You may call Travelers toll-free telephone number for information or to make a complaint at:

1-800-328-2189

You may contact the Texas Department of Insurance to obtain information on companies, coverages, rights, or complaints at:

1-800-252-3439

You may write the

Texas Department of Insurance
PO Box 149104
Austin, TX 78714-9104
Fax (512) 475-1771
Web: http://www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**PREMIUM OR CLAIM DISPUTES:** Should you have a dispute concerning your premium or about a claim you should contact your Agent or Travelers first. If the dispute is not resolved, you may contact the Texas Department of Insurance.

**ATTACH THIS NOTICE TO YOUR POLICY:** This notice is for information only and does not become a part or condition of the attached document.

## AVISO IMPORTANTE –
## INFORMACIÓN O QUEJAS - TEXAS

Usted puede llamar al numero de telefono gratis de Travelers para informacio / n o para someter una queja al:

1-800-328-2189

Puede comunicarse con el Departamento de Seguros de Texas para obtener informacio / n acerca de companias, coberturas, derechos o quejes al:

1-800-252-3439

Puede escribir al
Departamento de Seguros de Texas
PO Box 149104
Austin, TX 78714-9104
Fax (512) 475-1771
Web: http://www.tdi.texas.gov
E-mail: ConsumerProtection@tdi.texas.gov

**DISPUTAS SOBRE PRIMAS O RECLAMOS:**

Si tiene una disputa concerniente a su prima o a un reclamo, debe comunicarse con el Agente o Travelers primero. Si no se resuelve la disputa, puede entonces comunicarse con el departamento (TDI).

**UNA ESTE AVISO A SU POLIZA:** Este aviso es solo para proposito de Informacio / n y no se convierte en parte o condicion del documento adjunto.

© 2013 The Travelers Indemnity Company. All rights reserved.

# TRAVELERS

Wrap+®

*Community Association Management Liability Coverage*
*Declarations*

| | |
|---|---|
| **POLICY NO.** | **106381254** |

**Travelers Casualty and Surety Company of America**
**One Tower Square**
**Hartford, Connecticut 06183**
(A Stock Insurance Company, herein called the Company)

**THE COMMUNITY ASSOCIATION MANAGEMENT LIABILITY COVERAGE POLICY IS WRITTEN ON A CLAIMS-MADE AND REPORTED BASIS. THE COMMUNITY ASSOCIATION MANAGEMENT LIABILITY COVERAGE POLICY COVERS ONLY CLAIMS FIRST MADE AGAINST INSUREDS DURING THE POLICY PERIOD AND REPORTED TO THE COMPANY IN ACCORDANCE WITH THE TERMS OF THE COMMUNITY ASSOCIATION MANAGEMENT LIABILITY COVERAGE POLICY. THE LIMIT OF LIABILITY AVAILABLE TO PAY SETTLEMENTS OR JUDGMENTS WILL BE REDUCED BY DEFENSE EXPENSES, AND DEFENSE EXPENSES WILL BE APPLIED AGAINST THE RETENTION.**

**MT INSUREDS: THE LIMIT OF LIABILITY AVAILABLE TO PAY SETTLEMENTS OR JUDGMENTS WILL BE REDUCED AND MAY BE EXHAUSTED BY DEFENSE EXPENSES, AND DEFENSE EXPENSES WILL BE APPLIED AGAINST THE RETENTION.**

---

| **ITEM 1** | **NAMED INSURED:** |
|---|---|
| | **4100 TRAVIS STREET CONDOMINIUM HOMEOWNERS ASSOCIATION** |
| | D/B/A: |
| | Principal Address: |
| | **C/O KNOBLER PROPERTY MGMT, LLC** |
| | **4300 N. CENTRAL EXPWY., STE 230** |
| | **DALLAS, TX 75206** |

---

| **ITEM 2** | **POLICY PERIOD:** |
|---|---|
| | Inception Date:   **September 30, 2016**   Expiration Date:   **September 30, 2017** |
| | 12:01 A.M. standard time both dates at the Principal Address stated in ITEM 1. |

---

| **ITEM 3** | **ALL NOTICES OF CLAIM OR LOSS MUST BE SENT TO THE COMPANY BY EMAIL, FACSIMILE, OR MAIL AS SET FORTH BELOW:** |
|---|---|
| | **Email: BSIclaims@travelers.com** |
| | **Fax: (888) 460-6622** |
| | **Mail: Travelers Bond & Specialty Insurance Claim** |
| | **385 Washington St. – Mail Code 9275-NB03F** |
| | **St Paul, MN  55102** |

---

| **ITEM 4** | **COVERAGE INCLUDED AS OF THE INCEPTION DATE IN ITEM 2:** |
|---|---|
| | Community Association Management Liability Coverage |

---

© 2013 The Travelers Indemnity Company. All rights reserved.

**ITEM 5**        Only those coverage features marked "☒ Applicable" are included in this policy.

### COMMUNITY ASSOCIATION MANAGEMENT LIABILITY COVERAGE

| | | |
|---|---|---|
| **Limit of Liability:** | **$1,000,000** | for all **Claims** |
| **Additional Defense Coverage:** | ☐ Applicable | ☒ Not Applicable |
| **Additional Defense Limit of Liability:** | **Not Covered** | for all **Claims** |
| **Retention:** | **$0** | for each **Directors and Officers Claim** under Insuring Agreement A |
| | **$1,000** | for each **Directors and Officers Claim** under Insuring Agreement B |
| | **$1,000** | for each **Directors and Officers Claim** under Insuring Agreement C |
| | **$1,000** | for each **Employment Claim** under Insuring Agreement D |
| **Prior and Pending Proceeding Date:** | **September 30, 2002** | |
| **Continuity Date:** | **September 30, 2002** | |

---

**ITEM 6**        PREMIUM FOR THE POLICY PERIOD:

**$1,216.00**        Policy Premium

**N/A**        Annual Installment Premium

---

**ITEM 7**        TYPE OF CLAIM DEFENSE:

Duty-to-Defend

---

**ITEM 8**        EXTENDED REPORTING PERIOD:

Additional Premium Percentage:        **75 %**

Additional Months:        **12**

(If exercised in accordance with section *V. CONDITIONS*, **Q. EXTENDED REPORTING PERIOD** of the Community Association Management Liability Coverage Policy)

---

**ITEM 9**        RUN-OFF EXTENDED REPORTING PERIOD:

Additional Premium Percentage:        **120 %**

Additional Months:        **12**

---

CAM-15001 Ed. 01-13
© 2013 The Travelers Indemnity Company. All rights reserved.

(If exercised in accordance with section *V. CONDITIONS*, **N. CHANGE OF CONTROL** of the Community Association Management Liability Coverage Policy)

---

**ITEM 10**     **ANNUAL REINSTATEMENT OF THE LIMIT OF LIABILITY:**

☒ Applicable

☐ Not Applicable

Only those coverage features marked "☒ Applicable" are included in this policy.

---

**ITEM 11**     **FORMS AND ENDORSEMENTS ATTACHED AT ISSUANCE:**

**AFE-19004-0115; AFE-19008-0115; CAM-16001-0113; CAM-19061-0315; CAM-17046-0113**

---

**PRODUCER INFORMATION:**

**BALDWIN-COX AGENCY LLC**
**5930 PRESTON VIEW BLVD STE 200**
**DALLAS, TX 75240**

---

_____
Countersigned By

IN WITNESS WHEREOF, the Company has caused this policy to be signed by its authorized officers.

President, Bond & Specialty Insurance                    Corporate Secretary

---

© 2013 The Travelers Indemnity Company. All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## CAP ON LOSSES FROM CERTIFIED ACTS OF TERRORISM ENDORSEMENT

This endorsement modifies any Coverage Part or coverage Form included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended.

**It is agreed that:**

The following is added to this policy. This provision can limit coverage for any loss arising out of a **Certified Act Of Terrorism** if such loss is otherwise covered by this policy. This provision does not apply if and to the extent that coverage for the loss is excluded or limited by an exclusion or other coverage limitation for losses arising out of **Certified Acts Of Terrorism** in another endorsement in this policy.

If aggregate insured losses attributable to **Certified Acts Of Terrorism** exceed $100 billion in a calendar year and the Company has met its insurer deductible under **TRIA**, the company will not be liable for the payment of any portion of the amount of such losses that exceeds $100 billion, and in such case, insured losses up to that amount are subject to pro rata allocation in accordance with procedures established by the Secretary of the Treasury.

*Certified Act Of Terrorism* means an act that is certified by the Secretary of the Treasury, in accordance with the provisions of **TRIA**, to be an act of terrorism pursuant to **TRIA**. The criteria contained in **TRIA** for a **Certified Act Of Terrorism** include the following:

1. The act resulted in insured losses in excess of $5 million in the aggregate, attributable to all types of insurance subject to **TRIA**; and
2. The act is a violent act or an act that is dangerous to human life, property or infrastructure and is committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

*TRIA* means the federal Terrorism Risk Insurance Act of 2002 as amended.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

Issuing Company: **Travelers Casualty and Surety Company of America**
Policy Number: **106381254**

© 2015 The Travelers Indemnity Company.  All rights reserved.

# FEDERAL TERRORISM RISK INSURANCE ACT
## DISCLOSURE ENDORSEMENT

This endorsement applies to the insurance provided under any Coverage Part or coverage Form included in this policy that is subject to the federal Terrorism Risk Insurance Act of 2002 as amended.

The federal Terrorism Risk Insurance Act of 2002 as amended ("TRIA"), establishes a program under which the Federal Government may partially reimburse "Insured Losses" (as defined in TRIA) caused by "Acts Of Terrorism" (as defined in TRIA). Act Of Terrorism is defined in Section 102(1) of TRIA to mean any act that is certified by the Secretary of the Treasury – in consultation with the Secretary of Homeland Security and the Attorney General of the United States – to be an act of terrorism; to be a violent act or an act that is dangerous to human life, property, or infrastructure; to have resulted in damage within the United States, or outside the United States in the case of certain air carriers or vessels or the premises of a United States Mission; and to have been committed by an individual or individuals as part of an effort to coerce the civilian population of the United States or to influence the policy or affect the conduct of the United States Government by coercion.

The Federal Government's share of compensation for such Insured Losses is established by TRIA and is a percentage of the amount of such Insured Losses in excess of each Insurer's "Insurer Deductible" (as defined in TRIA), subject to the "Program Trigger" (as defined in TRIA). Through 2020, that percentage is established by TRIA as follows:

- 85% with respect to such Insured Losses occurring in calendar year 2015.
- 84% with respect to such Insured Losses occurring in calendar year 2016.
- 83% with respect to such Insured Losses occurring in calendar year 2017.
- 82% with respect to such Insured Losses occurring in calendar year 2018.
- 81% with respect to such Insured Losses occurring in calendar year 2019.
- 80% with respect to such Insured Losses occurring in calendar year 2020.

In no event, however, will the Federal Government be required to pay any portion of the amount of such Insured Losses occurring in a calendar year that in the aggregate exceeds $100 billion, nor will any Insurer be required to pay any portion of such amount provided that such Insurer has met its Insurer Deductible. Therefore, if such Insured Losses occurring in a calendar year exceed $100 billion in the aggregate, the amount of any payments by the Federal Government and any coverage provided by this policy for losses caused by Acts Of Terrorism may be reduced.

For each coverage provided by this policy that applies to such Insured Losses, the charge for such Insured Losses is no more than one percent of your premium, and does not include any charge for the portion of such Insured Losses covered by the Federal Government under TRIA. Please note that no separate additional premium charge has been made for the terrorism coverage required by TRIA.  The premium charge that is allocable to such coverage is inseparable from and imbedded in your overall premium.

© 2015 The Travelers Indemnity Company.  All rights reserved.



**Wrap** ®
*Community Association Management Liability Coverage*

*THIS IS A CLAIMS-MADE AND REPORTED POLICY WITH DEFENSE EXPENSES INCLUDED IN THE LIMIT OF LIABILITY.*

*PLEASE READ THE POLICY CAREFULLY.*

**CONSIDERATION CLAUSE**

IN CONSIDERATION of the payment of the premium, in reliance on the statements in the **Application**, subject to the Declarations, and pursuant to all the terms, conditions, exclusions and limitations of this **Community Association Management Liability Coverage Policy**, the Company and the **Insureds** agree as follows:

## I.      INSURING  AGREEMENTS

The Company will pay on behalf of:

**A.**      the I**nsured Persons**, **Loss** for **Directors and Officers Wrongful Acts**, except for **Loss** that the **Insured Organization** pays to or on behalf of the **Insured Persons** as indemnification;

**B.**      the **Insured Organization**, **Loss** for **Directors and Officers Wrongful Acts**, that the **Insured Organization**  pays to or on behalf of the **Insured Persons** as indemnification; and

**C.**      the **Insured Organization**, **Loss** for **Directors and Officers Wrongful Acts**,

that results from any **Directors and Officers Claim** first made during the **Policy Period**, or if exercised, during the Extended Reporting Period or Run-Off Extended Reporting Period and reported in accordance with section V. CONDITIONS, F. INSURED'S DUTIES IN THE EVENT OF A CLAIM.

**D.**      The Company will pay on behalf of the **Insured**, **Loss** for any **Employment Practices Wrongful Act,** resulting from any **Employment Claim** first made during the **Policy Period**, or if exercised, during the Extended Reporting Period or Run-Off Extended Reporting Period and reported in accordance with section V. CONDITIONS, F. INSURED'S DUTIES IN THE EVENT OF A CLAIM.

## II.      DEFINITIONS

Wherever appearing in this **Community Association Management Liability Coverage Policy**, the following words and phrases appearing in bold type will have the meanings set forth in this section II. DEFINITIONS:

**A.**      *Additional Defense Limit of Liability* means the amount set forth in ITEM 5 of the Declarations.  If "Not Applicable" is selected for the **Additional Defense Limit of Liability**, then any reference to the **Additional Defense Limit of Liability** will be deemed to be deleted from this **Community Association Management Liability Coverage Policy**.

**B.**      *Annual Reinstatement of the Limit of Liability* means, if included in ITEM 10 of the Declarations, the reinstatement of each applicable limit of liability for each **Policy Year** during the **Policy Period**.

**C.**      *Application*   means the application deemed to be attached to and forming a part of this **Community Association Management Liability Coverage Policy**, including any materials submitted and statements made in connection with that application.  If the **Application** uses terms or phrases that differ from the terms defined in this **Community Association Management Liability Coverage Policy**, no inconsistency between any term or phrase used in the **Application** and any term defined in this **Community Association Management Liability Coverage Policy** will waive or change any of the terms, conditions and limitations of this **Community Association Management Liability Coverage Policy**.

© 2013 The Travelers Indemnity Company.  All rights reserved.

**D.**     ***Builder or Developer Board Member*** means any natural person appointed or elected to serve on the board of directors of the **Named Insured** by the builder, developer, sponsor, or declarant of the **Named Insured**, and who was both a director or officer of the **Named Insured** and a director, officer, employee or agent of such builder, developer, sponsor, or declarant of the **Named Insured**.

**E.**     ***Change of Control*** means:

   1.     the acquisition of the **Named Insured**, or of all or substantially all of its assets, by another entity, or the merger or consolidation of the **Named Insured** into or with another entity such that the **Named Insured** is not the surviving entity; or

   2.     the obtaining by any person, entity or affiliated group of persons or entities the right to elect, appoint or designate more than 50% of the board of directors, board of trustees, board of managers, or functional equivalent thereof or to exercise a majority control of the board of directors, board of trustees, board of managers, or a functional equivalent thereof of the **Named Insured**.

**F.**     ***Claim*** means a **Directors and Officers Claim** or **Employment Claim**.

**G.**     ***Claimant*** means:

   1.     a past, present or future **Employee** or applicant for employment with the **Insured Entity**; or

   2.     a governmental entity or agency, including the Equal Employment Opportunity Commission or similar federal, state or local agency, when acting on behalf of or for the benefit of a past, present or future **Employee** or applicant for employment with the **Insured Entity**.

   Solely as respects any **Employment Claim**, **Claimant** does not include any independent contractor.

**H.**     ***Community Association Management*** means any natural person sole proprietor, director, officer or employee of a **Community Association Management Organization**, but only in his or her capacity as property manager for the **Insured Entity** and only for property management services for the **Insured Entity** that are enumerated in the written contract between the **Community Association Management Organization** and the **Insured Entity** describing such property management services.

**I.**     ***Community Association Management Liability Coverage Policy*** means, collectively, the Declarations, the **Application**, this Community Association Management Liability Coverage, and any endorsements attached hereto.

**J.**     ***Community Association Management Organization*** means any sole proprietor or entity providing real estate property management services to an **Insured Entity** pursuant to a written contract, but only in its capacity as property manager for the **Insured Entity** and only for property management services for the **Insured Entity** that are enumerated in the written contract between the **Community Association Management Organization** and the **Insured Entity** describing such property management services.

**K.**     ***Construction  Defect*** means any alleged or actual defective, faulty or delayed construction or any other matter recognized as a construction defect under applicable common or statutory law, whether or not as a result of:

   1.     faulty or incorrect design or architectural plans;

   2.     improper soil testing;

   3.     inadequate or insufficient protection from subsoil, ground water or earth movement or subsidence;

   4.     the construction, manufacture or assembly of any tangible property;

   5.     the failure to provide construction related goods or services as represented or to pay for such goods or services; or

   6.     the supervision of any of the activities described in 1. through 5. above.

© 2013 The Travelers Indemnity Company.  All rights reserved.

**L.**   ***Defense Expenses*** means reasonable and necessary legal fees and expenses incurred by the Company or the **Insured**, with the Company's consent, in the investigation, defense, settlement and appeal of a **Claim**, including cost of expert consultants and witnesses, premiums for appeal, injunction, attachment or supersedeas bonds (without the obligation to furnish such bonds) regarding such **Claim**; provided that **Defense Expenses** will not include the salaries, wages, benefits or overhead of, or paid to, any **Insured**.

**M.**   ***Directors and Officers Claim*** means:

1. a written demand for monetary damages or non-monetary relief;

2. a civil proceeding commenced by service of a complaint or similar pleading;

3. a criminal proceeding commenced by filing of charges;

4. a formal administrative or regulatory proceeding, commenced by a filing of a notice of charges, formal investigative order, service of summons or similar document;

5. an arbitration, mediation or similar alternative dispute resolution proceeding if the **Insured** is obligated to participate in such proceeding or if the **Insured** agrees to participate in such proceeding, with the Company's written consent, such consent not to be unreasonably withheld; or

6. a written request to toll or waive a statute of limitations relating to a potential civil or administrative proceeding,

against an **Insured** for any **Directors and Officers Wrongful Act**.

Provided that **Directors and Officers Claim** does not include any labor or grievance arbitration or other proceeding pursuant to a collective bargaining agreement.

***Directors and Officers Claim*** does not mean any motion for, demand for, or award of, amounts from or against an **Insured** solely consisting of legal costs, whether or not including attorneys' fees, arising out of a legal proceeding or alternative dispute resolution proceeding or brought by an **Insured**.

A **Directors and Officers Claim** is deemed to be made on the earliest date that any **Executive Officer** first receives written notice of such **Directors and Officers Claim**. However, if any **Insured Person** who is not an **Executive Officer** first receives written notice of a **Directors and Officers Claim** during the **Policy Period**, but no **Executive Officer** receives written notice of such **Directors and Officers Claim** until after the **Policy Period** has expired, then such **Directors and Officers Claim** will be deemed to have been made on the date such **Insured Person** first received written notice of the **Directors and Officers Claim**.

**N.**   ***Directors and Officers Wrongful Act*** means:

1. any actual or alleged act, error, omission, misstatement, misleading statement or breach of duty or neglect by, including any **Personal Injury** or **Publishers Liability**, or any matter asserted against, an **Insured Person** in his or her capacity as such;

2. any actual or alleged act, error, omission, misstatement, misleading statement or breach of duty or neglect by, including any **Personal Injury** or **Publishers Liability**, the **Insured Organization**; or

3. any matter asserted against an **Insured Person** solely by reason of his or her status as such.

Provided that **Directors and Officers Wrongful Act** does not mean any **Employment Practices Wrongful Act**.

**O.**   ***Employee***  means a natural person whose labor or service is engaged by and directed by the **Insured Entity** and:

1. who is on the payroll of the **Insured Entity**, including any full-time, part-time, temporary and seasonal worker; or

2. whose services have been leased by the **Insured Entity**.

Independent contractors are not **Employees**. The status of an individual as an **Employee** will be determined as of the date of the alleged **Wrongful Act**.

P.   ***Employment Agreement*** means any express or implied employment agreement regardless of the basis in which such agreement is alleged to exist, other than a collective bargaining agreement.

Q.   ***Employment Claim*** means:

1.   a written demand for monetary damages or non-monetary relief;

2.   a civil proceeding commenced by service of a complaint or similar pleading;

3.   a criminal proceeding commenced by filing of charges;

4.   a formal administrative or regulatory proceeding, commenced by a filing of a notice of charges, formal investigative order, service of summons or similar document, including a proceeding before the Equal Employment Opportunity Commission or any similar governmental agency; provided that in the context of an audit conducted by the Office of Federal Contract Compliance Programs, **Employment Claim** will be limited to a Notice of Violation or Order to Show Cause or written demand for monetary damages or non-monetary relief;

5.   an arbitration, mediation or similar alternative dispute resolution proceeding if the **Insured** is obligated to participate in such proceeding or if the **Insured** agrees to participate in such proceeding, with the Company's written consent, such consent not to be unreasonably withheld; or

6.   a written request to toll or waive a statute of limitations relating to a potential civil or administrative proceeding,

against an **Insured** by or on behalf of or for the benefit of a **Claimant** for any **Employment Practices Wrongful Act**.

Provided that **Employment Claim** does not include any labor or grievance arbitration or other proceeding pursuant to a collective bargaining agreement.

An **Employment Claim** is deemed to be made on the earliest date that any **Executive Officer** first receives written notice of such **Employment Claim**. However, if any **Insured Person** who is not an **Executive Officer** first receives written notice of an **Employment Claim** during the **Policy Period**, but no **Executive Officer** receives written notice of such **Employment Claim** until after the **Policy Period** has expired, then such **Employment Claim** will be deemed to have been made on the date such **Insured Person** first received written notice of the **Employment Claim**.

R.   ***Employment Practices Wrongful Act*** means any actual or alleged:

1.   violation of any employment discrimination law;

2.   **Retaliation**;

3.   **Sexual Harassment**;

4.   **Workplace Harassment**;

5.   **Wrongful Termination**;

6.   breach of **Employment Agreement**;

7.   violation of the Family Medical Leave Act;

8.   employment-related misrepresentation;

9.   employment-related defamation, including libel or slander, or invasion of privacy;

10.  failure or refusal to create or enforce adequate workplace or employment policies and procedures, employ or promote, including wrongful failure to grant bonuses or perquisites, or grant tenure;

11.  wrongful discipline, wrongful demotion, denial of training, deprivation of career opportunity, denial or deprivation of seniority, or evaluation;

12.  employment-related wrongful infliction of emotional distress;

© 2013 The Travelers Indemnity Company. All rights reserved.

13.      negligent hiring, supervision of others, training, or retention committed or allegedly committed by any **Insured**, but only if such act is alleged in connection with an **Employment Practices Wrongful Act** set forth in 1. through 12. above; provided that the **Claim** alleging the negligent hiring, supervision of others, training, or retention is brought by or on behalf of any **Claimant**; or

14.      the violation of responsibilities, duties, or obligations imposed on an **Insured** under any **Wage and Hour Law**.

**S.**     ***Executive Officer*** means any member of the board of directors, officer, director, trustee, chairperson, or general counsel of the **Insured Organization** or a functional equivalent thereof, or member of the staff of the human resources department of the **Insured Organization** or functional equivalent thereof, or any on-site or off-site manager of the **Community Association Management Organization**, any **Employee** performing property management services for the **Insured Entity**, or any duly appointed member of a legal committee of the **Insured Entity**.

**T.**     ***Financial Insolvency*** means, with respect to the **Insured Entity**, the appointment of a receiver, conservator, liquidator, trustee, or similar official; or the inability of the **Insured Entity** financially to indemnify the **Insured Persons**.

**U.**     ***Insured*** means the **Insured Person** and **Insured Organization**.

**V.**     ***Insured Entity*** means the **Named Insured**, any **Subsidiary**, and any such entity as a debtor in possession, as such term is used in Chapter 11 of the United States of America Bankruptcy Code, as amended, or the equivalent of a debtor in possession under any applicable foreign law.

**W.**    ***Insured Organization*** means **Insured Entity** and **Community Association Management Organization**.

**X.**     ***Insured Person*** means any natural person who was, is or becomes an **Employee**, duly elected or appointed member of the board of directors, officer, member of the board of trustees, member of the board of managers, member of the board of regents, member of the board of governors, or a functional equivalent thereof, member of a duly constituted committee, or volunteers of the **Insured Entity** or any **Executive Officer**. **Insured Person** also means any **Community Association Management**.

In the event of the death, incapacity or bankruptcy of an **Insured Person**, any **Claim** against the estate, heirs, legal representatives or assigns of such **Insured Person** for a **Wrongful Act** of such **Insured Person** will be deemed to be a **Claim** against such **Insured Person**.

**Y.**     ***Loss*** means **Defense Expenses** and money which an **Insured** is legally obligated to pay as a result of a **Claim**, including compensatory damages, punitive or exemplary damages where insurable under applicable law, prejudgment and postjudgment interest, judgments, and settlements. **Loss** does not include:

1.      the multiple portion of any multiplied damage award;

2.      any amount not indemnified by the **Insured Organization** for which the **Insured** is absolved from payment by reason of any covenant, agreement or court order;

3.      civil or criminal fines, sanctions, liquidated damages other than liquidated damages awarded under the Age Discrimination in Employment Act or the Equal Pay Act; payroll or other taxes, or damages, penalties or types of relief deemed uninsurable under applicable law;

4.      future compensation, including salary or benefits, for a **Claimant** who has been or will be hired, promoted or reinstated to employment pursuant to a settlement, court order, judgment, award or other resolution of a **Claim**; or that part of any judgment or settlement which constitutes front pay, future monetary losses including pension and other benefits, or other future economic relief or the value or equivalent thereof, if the **Insured** has been ordered, or has the option pursuant to a judgment, order or other award or disposition of a **Claim**, to promote, accommodate, reinstate, or hire the **Claimant** to whom such sums are to be paid, but fails to do so;

5.      medical, pension, disability, life insurance, stock options or other similar employee benefits except and to the extent that a judgment or settlement of a **Claim** includes a monetary component

© 2013 The Travelers Indemnity Company.  All rights reserved.

measured by the value of medical, pension, disability, life insurance, stock options or other similar employee benefits, as consequential damages for a **Wrongful Act**; or

    6.    any amount allocated to non-covered loss pursuant to section V. CONDITIONS, R. ALLOCATION.

**Z.**    *Named Insured* means any entity named in ITEM 1 of the Declarations.

**AA.**    *Personal Injury* means false arrest, wrongful detention or imprisonment, malicious prosecution, defamation including libel or slander, invasion of privacy or wrongful entry or eviction.

**BB.**    *Policy Period* means the period from the Inception Date to the Expiration Date set forth in ITEM 2 of the Declarations.  In no event will the **Policy Period** continue past the effective date of cancellation or termination of this **Community Association Management Liability Coverage Policy**.

**CC.**    *Policy Year* means:

    1.    the period of one year following the Inception Date set forth in ITEM 2 of the Declarations or any anniversary thereof; and

    2.    the time between the Inception Date set forth in ITEM 2 of the Declarations or any anniversary thereof and the effective date of cancellation or termination of this **Community Association Management Liability Coverage Policy** if such time period is less than one year.

**DD.**    *Pollutant* means any solid, liquid, gaseous or thermal irritant or contaminant, including smoke, vapor, soot, fumes, acids, alkalis, chemicals and waste.  Waste includes materials to be recycled, reconditioned or reclaimed.

**EE.**    *Potential Claim* means any **Wrongful Act** that may subsequently give rise to a **Claim**.

**FF.**    *Publishers Liability* means infringement of copyright or trademark, unauthorized use of title, plagiarism or misappropriation of ideas.

**GG.**    *Related Wrongful Act* means all **Wrongful Acts** that have as a common nexus, or are causally connected by reason of, any fact, circumstance, situation, event or decision.

**HH.**    *Retaliation* means any actual or alleged **Wrongful Termination** or other adverse employment action against a **Claimant** on account of such **Claimant's** exercise or attempted exercise of rights protected by law, refusal to violate any law, disclosure or threat to disclose to a superior or to any governmental agency alleged violations of the law, or on account of the **Claimant** having assisted or testified in or cooperated with a proceeding or investigation regarding alleged violations of law.

**II.**    *Sexual Harassment* means any actual or alleged unwelcome sexual advances, requests for sexual favors or any other conduct of a sexual nature that:

    1.    is made a term or condition of a **Claimant's** employment or advancement;

    2.    the submission to or rejection of is used as a basis for decisions affecting the **Claimant**; or

    3.    has the purpose or effect of creating an intimidating, hostile or offensive work environment.

**JJ.**    *Subsidiary* means:

    1.    any non-profit entity organized under the laws of any jurisdiction in which, on or before the Inception Date set forth in ITEM 2 of the Declarations, the **Named Insured** owns, directly or indirectly, more than 50% of the outstanding securities or voting rights representing the present right to elect, appoint or exercise a majority control over such entity's board of directors, board of trustees, board of managers, or functional equivalent, or, in the case of any non-profit entity that does not issue securities, over which, on or before the Inception Date set forth in ITEM 2 of the Declarations, the **Named Insured** has the ability to exercise managerial control;

    2.    any for-profit entity; provided that it has been added specifically by endorsement to this **Community Association Management Liability Coverage Policy**; or

© 2013 The Travelers Indemnity Company.  All rights reserved.

3.                subject to the provisions set forth in section V. CONDITIONS, O. ACQUISITIONS, any non-profit entity that the **Insured Entity** acquires or forms during the **Policy Period** in which the **Named Insured** owns, directly or indirectly, more than 50% of the outstanding securities or voting rights representing the present right to elect, appoint or exercise a majority control over such entity's board of directors, board of trustees, board of managers, or functional equivalent, or, in the case of any non-profit entity that does not issue securities, over which the **Named Insured** has the ability to exercise managerial control.

**KK.**    *Wage and Hour Law* means any federal, state, or local law or regulation governing or related to the payment of wages including the payment of overtime, on-call time, minimum wages, meal breaks, rest breaks or the classification of employees for the purpose of determining employees' eligibility for compensation under such laws.

**LL.**    *Wage and Hour Law Employment Claim* means an **Employment Claim** for an alleged violation of responsibilities, duties or obligations imposed on an **Insured** under any **Wage and Hour Law**; provided that **Wage and Hour Law Employment Claim** does not include any **Employment Claim** for **Retaliation** or any actual or alleged violation of the Equal Pay Act.

**MM.**   *Workplace Harassment* means any actual or alleged harassment, other than **Sexual Harassment**, which creates a work environment that interferes with job performance, or creates an intimidating, hostile, or offensive work environment.

**NN.**   *Wrongful Act* means **Directors and Officers Wrongful Act** or **Employment Practices Wrongful Act**.

      All **Related Wrongful Acts** are a single **Wrongful Act** for purposes of this **Community Association Management Liability Coverage Policy**, and all **Related Wrongful Acts** will be deemed to have occurred at the time the first of such **Related Wrongful Acts** occurred whether prior to or during the **Policy Period**.

**OO.**   *Wrongful Termination* means the actual, alleged or constructive termination of an employment relationship between a **Claimant** and the **Insured Entity**.

---

### III.   *EXCLUSIONS*

**A.**    **EXCLUSIONS APPLICABLE TO ALL LOSS**

1.    The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any damage to, destruction of, deterioration of, loss of, or loss of use of any tangible property, including any **Construction Defect**, whether or not as a result of inadequate or insufficient protection from soil or ground water movement, soil subsidence, mold, toxic mold, spores, mildew, fungus, or wet or dry rot.

2.    The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any bodily injury, sickness, disease, death, loss of consortium, emotional distress, mental anguish, humiliation, or loss of reputation; provided that this exclusion will not apply to allegations of emotional distress or mental anguish if, and only to the extent, that such allegations are made as part of any **Employment Claim**.

3.    The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any nuclear reaction, nuclear radiation, radioactive contamination, or radioactive substance, or the hazardous properties of nuclear material; or infectious waste or medical waste.

4.    The Company will not be liable for **Loss** for any **Claim**:

    a.   based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving the actual, alleged or threatened discharge, dispersal, seepage, migration, release or escape of;

---

© 2013 The Travelers Indemnity Company.  All rights reserved.

b.     based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any request, demand, order, or statutory or regulatory requirement that any **Insured** or others test for, monitor, clean up, remove, contain, treat, detoxify or neutralize, or in any way respond to, or assess the effects of; or

c.     brought by or on behalf of any governmental authority because of testing for, monitoring, cleaning up, removing, containing, treating, detoxifying or neutralizing, or in any way responding to, or assessing the effects of,

any **Pollutant**, any oil or oil products, any electric, magnetic, or electromagnetic field, any odor, or any actual or alleged presence or actual, alleged, or threatened dispersal of any asbestos, asbestos fibers, or products containing asbestos; provided that this exclusion will not apply to **Employment Claims** for **Retaliation**.

5.     The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any fact, circumstance, situation, event or **Wrongful Act** underlying or alleged in any prior or pending civil, criminal, administrative or regulatory proceeding against any **Insured** as of or prior to the applicable Prior and Pending Proceeding Date set forth in ITEM 5 of the Declarations for this **Community Association Management Liability Coverage Policy**.

6.     The Company will not be liable for **Loss** for any **Claim** for any fact, circumstance, situation, or event that is or reasonably would be regarded as the basis for a claim about which any **Executive Officer** had knowledge prior to the applicable Continuity Date set forth in ITEM 5 of the Declarations for this **Community Association Management Liability Coverage Policy**.

7.     The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any fact, circumstance, situation, event, or **Wrongful Act** which, before the Inception Date set forth in ITEM 2 of the Declarations, was the subject of any notice of **Claim** or potential claim given by or on behalf of any **Insured** under any policy of insurance of which this **Community Association Management Liability Coverage Policy** is a direct renewal or replacement or which it succeeds in time.

8.     The Company will not be liable for **Loss** for any **Claim** for any violation of responsibilities, duties or obligations under the Employee Retirement Income Security Act of 1974 (ERISA), including amendments thereto and regulations promulgated thereunder, or any similar or related federal, state or local law or regulation; or for an **Insured's** failure or refusal to establish, contribute to, pay for, insure, maintain, provide benefits pursuant to, or enroll or maintain the enrollment of an employee or dependent in, any employee benefit plan, fund or program, including contracts or agreements which are not subject to the provisions of ERISA; provided that this exclusion will not apply to **Employment Claims** for **Retaliation**.

9.     The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any **Wrongful Act** by an entity that is or was a **Subsidiary**, or any **Insured Person** of such entity, occurring at any time during which such entity was not a **Subsidiary**.

10.     The Company will not be liable for **Loss** for any **Claim** for any violation of responsibilities, duties or obligations under any law concerning Social Security, unemployment insurance, workers' compensation, disability insurance, or any similar or related federal, state or local law or regulation, or for any violation of the Worker Adjustment and Retraining Notification Act (WARN), Occupational Safety and Health Act (OSHA), Consolidated Omnibus Budget Reconciliation Act of 1985 (COBRA), the National Labor Relations Act (NLRA), or amendments thereto or regulations promulgated thereunder, or any similar or related federal, state or local law or regulation or for any violation of responsibilities, duties or obligations imposed on an **Insured** under any **Wage and Hour Law**; provided that this exclusion will not apply to:

a.     **Employment Claims** for **Retaliation**;

b.     **Employment Claims** for any actual or alleged violation of the Equal Pay Act; or

© 2013 The Travelers Indemnity Company. All rights reserved.

     c.    **Defense Expenses**, not to exceed $100,000, for any **Wage and Hour Law Employment Claim**.

11.    The Company will not be liable for **Loss** for any **Claim** by or on behalf of the **Insured Entity** against any **Community Association Management** or **Community Association Management Organization**.

12.    The Company will not be liable for **Loss** for any **Claim** for **Wrongful Acts** by an **Insured Person** as a director, officer or employee of any entity other than the **Insured Entity**, even if such service is directed or requested by the **Insured Entity**.

13.    The Company will not be liable for **Loss** for any **Claim** made against any **Builder or Developer Board Member** after the end of the **Policy Year** in which such **Builder or Developer Board Member** ceases to serve on the board of directors of the **Named Insured**.

14.    The Company will not be liable for **Loss** for any **Claim** for **Wrongful Acts** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving the ownership, control, management or operation of any for-profit entity of the **Insured Entity** until and unless it has been added specifically by endorsement as a **Subsidiary** to this **Community Association Management Liability Coverage Policy**.

15.    The Company will not be liable for **Loss** for any **Claim** based upon, arising out of, directly or indirectly resulting from, in consequence of, or in any way involving any deliberately fraudulent or dishonest act or omission or any purposeful violation of any statute or regulation by such **Insured**; provided that this exclusion will not apply unless a judgment or other final adjudication adverse to such **Insured** establishes such a deliberately fraudulent or dishonest act or omission or purposeful violation.

16.    The Company will not be liable for **Loss** for any **Claim** for an **Insured** gaining in fact any profit, remuneration or advantage to which any **Insured** was not legally entitled.

17.    The Company will not be liable for **Loss** for any **Claim** by or on behalf of an employee of the **Community Association Management Organization** for employment-related **Wrongful Acts**.

**B.**    **EXCLUSIONS APPLICABLE TO LOSS, OTHER THAN DEFENSE EXPENSES**

1.    The Company will not be liable for **Loss**, other than **Defense Expenses**, for any **Claim** seeking costs and expenses incurred or to be incurred to comply with an order, judgment or award of injunctive or other equitable relief of any kind, or that portion of a settlement encompassing injunctive or other equitable relief, including actual or anticipated costs and expenses associated with or arising from an **Insured's** obligation to provide reasonable accommodation under, or otherwise comply with, the Americans With Disabilities Act or the Rehabilitation Act of 1973, including amendments thereto and regulations promulgated thereunder, or any similar or related federal, state or local law or regulation.

2.    The Company will not be liable for **Loss**, other than **Defense Expenses**, for any **Claim** for liability under or breach of any oral, written, or implied contract or agreement, including any liability of others assumed by an **Insured** under any such contract or agreement; provided that this exclusion will not apply to:

    a.    any **Employment Claim**; or

    b.    the extent that the **Insured** would have been liable in the absence of such contract or agreement.

3.    The Company will not be liable for **Loss**, other than **Defense Expenses**, for any **Claim** seeking severance pay, damages or penalties under an express written **Employment Agreement**, or under any policy or procedure for payment in the event of separation from employment; or sums sought solely on the basis of a claim for unpaid services.

© 2013 The Travelers Indemnity Company.  All rights reserved.

IV.      *SEVERABILITY OF EXCLUSIONS*

No fact pertaining to or knowledge or information possessed by any **Insured Person** will be imputed to any other **Insured Person** to determine the application of any of the exclusions set forth in section III. EXCLUSIONS above. Only facts pertaining to or knowledge or information possessed by an officer, director, or trustee of the **Insured Organization** will be imputed to the **Insured Organization** for purposes of applying any exclusion in section III. EXCLUSIONS above.

V.      *CONDITIONS*

A.      **TERRITORY**

This **Community Association Management Liability Coverage Policy** applies to **Claims** made or **Wrongful Acts** occurring anywhere in the world, where legally permissible.

B.      **RETENTION**

The **Insured** will bear uninsured at its own risk the amount of any applicable Retention, which amount must be paid in satisfaction of **Loss**.

If any **Claim** gives rise to coverage under this **Community Association Management Liability Coverage Policy**, the Company has no obligation to pay **Loss**, including **Defense Expenses**, until the applicable Retention amount set forth in ITEM 5 of the Declarations has been paid by the **Insured**.

If any **Claim** is subject to different Retentions under this **Community Association Management Liability Coverage Policy**, the applicable Retentions will be applied separately to each part of such **Claim**, but the sum of such Retentions will not exceed the largest applicable Retention under this **Community Association Management Liability Coverage Policy**.

No Retention will apply to an **Insured Person** if indemnification by the **Insured Organization** is not permitted by law or if the **Insured Organization** is unable to make such indemnification solely by reason of its **Financial Insolvency**. The **Insured Organization** will be conclusively deemed to have indemnified all **Insured Persons** to the extent that the **Insured Organization** is permitted or required to indemnify them pursuant to law, common or statutory, or contract, or the charter or by-laws of the **Insured Organization**, unless such indemnification is not made by the **Insured Organization** solely by reason of its **Financial Insolvency**.

Regardless of whether **Loss** resulting from any **Claim** against **Insured Persons** is actually indemnified, Insuring Agreement B and the Retention amount set forth in ITEM 5 of the Declarations will apply to any **Loss** as to which indemnification by the **Insured Organization** is legally permissible, unless such indemnification is not made by the **Insured Organization** solely by reason of its **Financial Insolvency**.

The certificate of incorporation, charter, articles of association or other organizational documents of the **Insured Organization**, including by-laws and resolutions, will be deemed to have been adopted or amended to provide indemnification to the **Insured Persons** to the fullest extent permitted by law.

The Company, at its sole discretion, may pay all or part of the Retention amount on behalf of any **Insured**, and in such event, the **Insureds** agree to repay the Company any amounts so paid.

C.      **LIMITS OF LIABILITY**

1.      Limits of Liability

This section applies as described herein regardless of the number of persons or entities bringing **Claims** or the number of persons or entities who are **Insureds**, and regardless of when payment is made by the Company or when an **Insured's** legal obligation with regard thereto arises or is established.

© 2013 The Travelers Indemnity Company.  All rights reserved.

Subject to any applicable **Annual Reinstatement of the Limit of Liability**, the Limit of Liability set forth in ITEM 5 of the Declarations is the maximum amount the Company will pay for all **Loss**, including **Defense Expenses**, for all **Claims** under this **Community Association Management Liability Coverage Policy**.

However, the Company's maximum limit of liability for **Defense Expenses** for all **Wage and Hour Law Employment Claims** is further limited by the following:

The Company's maximum limit of liability for **Defense Expenses** for all **Wage and Hour Law Employment Claims** will not exceed $100,000, which amount is included within, and is not in addition to, any applicable limit of liability.

2.    Annual Reinstatement of the Limit of Liability

Regardless of the number of persons or entities bringing **Claims** or the number of persons or entities who are **Insureds**, and regardless of when payment is made by the Company or when an **Insured's** legal obligation with regard thereto arises or is established, if ITEM 10 of the Declarations includes an **Annual Reinstatement of the Limit of Liability**:

a.    the Company's maximum limit of liability for all **Loss**, including **Defense Expenses**, for all **Claims** made during each **Policy Year** will not exceed the remaining Limit of Liability stated in ITEM 5 of the Declarations; and

b.    with regard to the Extended Reporting Period or the Run-Off Extended Reporting Period, if applicable, the Company's maximum limit of liability for all **Claims** made during the Extended Reporting Period or the Run-Off Extended Reporting Period will not exceed the remaining Limit of Liability for the last **Policy Year** in effect at the time of the termination or cancellation of the **Community Association Management Liability Coverage Policy** or the **Change of Control**.

3.    Other Provisions

If any **Claim** made against a **Community Association Management Organization** or **Community Association Management** gives rise to coverage both under this **Community Association Management Liability Coverage Policy** and any other liability policy of similar insurance issued by the Company or any of its affiliates, the Company's maximum aggregate limit of liability under all such policies for all **Loss**, including **Defense Expenses**, from such **Claim** will not exceed $1,000,000 subject to the remaining Limits of Liability of such policies or if the Limit of Liability for this **Community Association Management Liability Coverage Policy** is less than $1,000,000, then all **Loss**, including **Defense Expenses**, from such **Claim** will not exceed the Limit of Liability for this **Community Association Management Liability Coverage Policy** as set forth in ITEM 5 of the Declarations subject to the remaining Limit of Liability for such policies.

Payment of **Defense Expenses** will reduce and may exhaust all applicable limits of liability. In the event the amount of **Loss** exceeds the portion of the applicable limit of liability remaining after prior payments of **Loss**, the Company's liability will not exceed the remaining amount of the applicable limit of liability. In no event will the Company be obligated to make any payment for **Loss**, including **Defense Expenses**, with regard to a **Claim** after the applicable limit of liability has been exhausted by payment or tender of payment of **Loss**.

If the Limit of Liability set forth in ITEM 5 of the Declarations is exhausted by the payment of amounts covered under this **Community Association Management Liability Coverage Policy**, the premium for this **Community Association Management Liability Coverage Policy** will be fully earned, all obligations of the Company under this **Community Association Management Liability Coverage Policy** will be completely fulfilled and exhausted, including any duty to defend, and the Company will have no further obligation of any kind or nature whatsoever under this **Community Association Management Liability Coverage Policy**.

© 2013 The Travelers Indemnity Company. All rights reserved.

**D.     ADDITIONAL DEFENSE COVERAGE**

Regardless of the number of persons or entities bringing **Claims** or the number of persons or entities who are **Insureds**, and regardless of when payment is made by the Company or when an **Insured's** legal obligation with regard thereto arises or is established, if ITEM 5 of the Declarations indicates that this **Community Association Management Liability Coverage Policy** includes Additional Defense Coverage, **Defense Expenses** incurred by the Company or the **Insured**, with the Company's consent, in the defense of any **Claim** made during the **Policy Period** under this **Community Association Management Liability Coverage Policy** will apply first to and reduce the **Additional Defense Limit of Liability**. The **Additional Defense Limit of Liability** will be in addition to, and not part of the **Community Association Management Liability Coverage Policy's** applicable limit of liability. The **Additional Defense Limit of Liability** is applicable to **Defense Expenses** only. If the **Annual Reinstatement of the Limit of Liability** is applicable, the **Additional Defense Limit of Liability** will be reinstated for each **Policy Year**.

Upon exhaustion of the **Additional Defense Limit of Liability**:

1.      **Defense Expenses** incurred by the Company or the **Insured**, with the Company's consent, in the defense of a **Claim** are part of and not in addition to any applicable limit of liability; and

2.      payment by the Company or the **Insured**, with the Company's consent, of **Defense Expenses** reduces any applicable limit of liability.

However, the Company's maximum limit of liability for **Defense Expenses** for all **Wage and Hour Law Employment Claims** that are paid pursuant to the **Additional Defense Limit of Liability** will not exceed $100,000 for all **Wage and Hour Law Employment Claims**. Such **Defense Expenses** will be part of, and not in addition to, the $100,000 limit of liability for all **Wage and Hour Law Employment Claims** and such $100,000 limit of liability for all **Wage and Hour Law Employment Claims** will be reduced and may be exhausted by payment of such **Defense Expenses** under the **Additional Defense Limit of Liability**.

**E.     CLAIM  DEFENSE**

1.      The Company will have the right and duty to defend any **Claim** even if the allegations are groundless, false or fraudulent, including the right to select defense counsel with respect to such **Claim**; provided, that the Company will not be obligated to defend or to continue to defend any **Claim** after the applicable limit of liability has been exhausted by payment of **Loss**.

2.      The **Insured** agrees to cooperate with the Company and, upon the Company's request, assist in making settlements and in the defense of **Claims** and in enforcing rights of contribution or indemnity against any person or entity which may be liable to the **Insured** because of an act or omission insured under such **Community Association Management Liability Coverage Policy**, and will attend hearings and trials and assist in securing and giving evidence and obtaining the attendance of witnesses.

**F.     INSURED'S DUTIES IN THE EVENT OF A CLAIM**

The **Insured's** duty to report a **Claim** commences on the earliest date a written notice thereof is received by an **Executive Officer**.  If an **Executive Officer** becomes aware that a **Claim** has been made against any **Insured**, the **Insured**, as a condition precedent to any rights under this **Community Association Management Liability Coverage Policy**, must give to the Company written notice of the particulars of such **Claim**, including all facts related to any alleged **Wrongful Act**, the identity of each person allegedly involved in or affected by such **Wrongful Act**, and the dates of the alleged events, as soon as practicable, but in no event later than 60 days after the expiration date of the **Policy Period**, or if exercised, during the Extended Reporting Period or Run-Off Extended Reporting Period.  The **Insured** agrees to give the Company such information, assistance and cooperation as it may reasonably require.

All notices under this subsection must be sent to the Company by electronic mail, facsimile, or mail as set forth in ITEM 3 of the Declarations and will be effective upon receipt.  The **Insured** agrees not to voluntarily settle any **Claim**, make any settlement offer, assume  or  admit any liability or,  except at the

© 2013 The Travelers Indemnity Company.  All rights reserved.

**Insured's** own cost, voluntarily make any payment, pay or incur any **Defense Expenses**, or assume any obligation or incur any other expense, without the Company's prior written consent, such consent not to be unreasonably withheld.  The Company is not liable for any settlement, **Defense Expenses**, assumed obligation or admission to which it has not consented.

G.   **NOTICE OF POTENTIAL CLAIMS**

If an **Insured** becomes aware of a **Potential Claim** and gives the Company written notice of the particulars of such **Potential Claim**, including all facts related to the **Wrongful Act**, the identity of each person allegedly involved in or affected by such **Wrongful Act**, the dates of the alleged events, and the reasons for anticipating a **Claim**, as soon as practicable during the **Policy Period**, or if exercised, during the Extended Reporting Period or Run-Off Extended Reporting Period, any **Claim** subsequently made against any **Insured** arising out of such **Wrongful Act** will be deemed to have been made during the **Policy Period**.

All notices under this subsection must be sent to the Company by electronic mail,  facsimile, or mail as set forth in ITEM 3 of the Declarations and will be effective upon receipt.

H.   **RELATED  CLAIMS**

All **Claims** or **Potential Claims** for **Related Wrongful Acts** will be considered as a single **Claim** or **Potential Claim**, whichever is applicable, for purposes of this **Community Association Management Liability Coverage Policy**.  All **Claims** or **Potential Claims** for  **Related Wrongful Acts**  will be deemed to have been made at the time the first of such **Claims** or **Potential Claims** for **Related Wrongful Acts** were made whether prior to or during the **Policy Period**, or if exercised, during the Extended Reporting Period or Run-Off Extended Reporting Period.

I.   **SETTLEMENT**

The Company may, with the written consent of the **Insured**, make any settlement of a **Claim** it deems expedient.  If the **Insured** withholds consent to such settlement, the Company's liability for all **Loss** on account of such **Claim** will not exceed the amount for which the Company could have settled such **Claim** plus **Defense Expenses** accrued as of the date such settlement was proposed in writing by the Company.

J.   **OTHER INSURANCE AND INDEMNIFICATION**

If any **Loss** otherwise covered under this **Community Association Management Liability Coverage Policy** is insured under any other valid and collectible policy or policies, then this **Community Association Management Liability Coverage Policy** will apply only in excess of the amount of any deductibles, retentions and limits of liability under such other insurance, whether such other insurance is stated to be primary, contributory excess, contingent or otherwise, unless such other insurance is written specifically excess of this **Community Association Management Liability Coverage Policy** by reference in such other policy to the policy number of this **Community Association Management Liability Coverage Policy**.

Additionally, this **Community Association Management Liability Coverage Policy** will apply only as excess insurance over, and will not contribute with indemnification to which any **Insured Person** is entitled from any outside entity other than the **Insured Organization**. This **Community Association Management Liability Coverage Policy** will not be subject to the terms of any other insurance.

K.   **ORDER OF PAYMENTS**

If **Loss**, other than **Defense Expenses**, from any **Directors and Officers Claim** exceeds the remaining applicable limit of liability as set forth in ITEM 5 of the Declarations:

1.   the Company will first pay **Loss** for such **Directors and Officers Claim** to which Insuring Agreement A. applies; then

2.   to the extent that any amount of the applicable limit of liability remains available, the Company will pay **Loss** for such **Directors and Officers Claim** to which Insuring Agreements B. and C. apply.

© 2013 The Travelers Indemnity Company.  All rights reserved.

Upon written request of the **Insured Entity** by and through any **Executive Officer** of the **Insured Entity**, the Company will either pay or withhold payment of **Loss** from such **Directors and Officers Claim** under Insuring Agreements B. and C., as applicable.  In the event of a written request to withhold payment, the Company will make any future payment only for **Loss** from any such **Directors and Officers Claim** to which Insuring Agreement A. applies, unless otherwise so instructed upon written request by and through an **Executive Officer** of the **Insured Entity**.

**L.      SUBROGATION**

In the event of payment under this **Community Association Management Liability Coverage Policy**, the Company is subrogated to all of the **Insured's** rights of recovery against any person or organization to the extent of such payment and the **Insured** agrees to execute and deliver instruments and papers and do whatever else is necessary to secure such rights. The **Insured** will do nothing to prejudice such rights.

**M.      RECOVERIES**

All recoveries from third parties for payments made under this **Community Association Management Liability Coverage Policy** will be applied, after first deducting the costs and expenses incurred in obtaining such recovery, in the following order of priority:

1.      first, to the Company to reimburse the Company for any Retention amount it has paid on behalf of any **Insured**;

2.      second, to the **Insured** to reimburse the **Insured** for the amount it has paid which would have been paid hereunder but for the fact that it is in excess of the applicable limits of liability hereunder;

3.      third, to the Company to reimburse the Company for the amount paid hereunder; and

4.      fourth, to the **Insured** in satisfaction of any applicable Retention;

provided that recoveries do not include any recovery from insurance, suretyship, reinsurance, security or indemnity taken for the Company's benefit.

**N.      CHANGE OF CONTROL**

If, during the **Policy Period**, a **Change of Control** occurs, coverage will continue in full force and effect with respect to **Claims** for **Wrongful Acts** committed before such event, but coverage will cease with respect to **Claims** for **Wrongful Acts** committed after such event.   No coverage will be available hereunder for **Loss**, including **Defense Expenses**, for any **Claim** based upon, alleging, arising out of, or in any way relating to, directly or indirectly any **Wrongful Act** committed or allegedly committed after such event. After any such event, this **Community Association Management Liability Coverage Policy** may not be canceled by the **Named Insured** and the entire premium for the **Community Association Management Liability Coverage Policy** will be deemed fully earned.

Upon the occurrence of any **Change of Control**, the **Named Insured** will have the right to give the Company notice that it desires to purchase a Run-Off Extended Reporting Period for the period set forth in ITEM 9 of the Declarations following the effective date of such **Change of Control**, regarding **Claims** made during such Run-Off Extended Reporting Period against persons or entities who at the effective date of the **Change of Control** are **Insureds**, but only for **Wrongful Acts** occurring wholly prior to such **Change of Control** and which otherwise would be covered by this **Community Association Management Liability Coverage Policy**, subject to the following provisions:

1.      such Run-Off Extended Reporting Period will not provide new, additional or renewed limits of liability; and

2.      the Company's total liability for all **Claims** made during such Run-Off Extended Reporting Period will be only the remaining portion of the applicable limit of liability set forth in the Declarations as of the effective date of the **Change of Control**.

The premium due for the Run-Off Extended Reporting Period will equal the percentage set forth in ITEM 9 of the Declarations  of  the  annualized premium of this **Community Association Management Liability**

© 2013 The Travelers Indemnity Company.  All rights reserved.

**Coverage Policy**, including the fully annualized amount of any additional premiums charged by the Company during the **Policy Period** prior to the **Change of Control**. The entire premium for the Run-Off Extended Reporting Period will be deemed fully earned at the commencement of such Run-Off Extended Reporting Period.

The right to elect the Run-Off Extended Reporting Period will terminate unless written notice of such election, together with payment of the additional premium due, is received by the Company within 30 days of the **Change of Control**. In the event the Run-Off Extended Reporting Period is purchased, the option to purchase the Extended Reporting Period in section V. CONDITIONS, Q. EXTENDED REPORTING PERIOD of this **Community Association Management Liability Coverage Policy** will terminate. In the event the Run-Off Extended Reporting Period is not purchased, the **Named Insured** will have the right to purchase the Extended Reporting Period under the terms of section V. CONDITIONS, Q. EXTENDED REPORTING PERIOD.

If, at any time during the **Policy Period**, the **Insured Entity** eliminates or reduces its ownership interest in or control over a **Subsidiary**, such that it no longer meets the definition of a **Subsidiary**, coverage will continue for such entity and its directors, officers, and employees, but only with regard to **Claims** for **Wrongful Acts** which occurred wholly during the time that the entity was a **Subsidiary**.

## O.    ACQUISITIONS

If, during the **Policy Period**, the **Insured Entity** acquires or forms a **Subsidiary**, this **Community Association Management Liability Coverage Policy** will provide coverage for such **Subsidiary** and its respective **Insured Persons**, subject to all other terms and conditions of this **Community Association Management Liability Coverage Policy** provided written notice of such acquisition or formation has been given to the Company, and specific application has been submitted on the Company's form in use at the time, together with such documentation and information as the Company may require, all within 90 days after the effective date of such formation or acquisition. Coverage for such **Subsidiary** will not be afforded following such 90-day period unless the Company has agreed to provide such coverage, subject to any additional terms and conditions as the Company may require, and the **Named Insured** has paid the Company any additional premium as may be required by the Company.

The 90-day notice requirement and the 90-day limitation of coverage will not apply provided that:  (1) the assets of the acquired or formed **Subsidiary** do not exceed 30% of the total assets of the **Insured Entity** as reflected in the **Insured Entity's** most recent fiscal year-end financial statement; or (2) the acquisition or formation occurs less than 90 days prior to the end of the **Policy Period**.

## P.    SPOUSAL AND DOMESTIC PARTNER LIABILITY COVERAGE

This **Community Association Management Liability Coverage Policy** will, subject to all of its terms, conditions, and limitations, be extended to apply to **Loss** resulting from a **Claim** made against a person who, at the time the **Claim** is made, is a lawful spouse or a person qualifying as a domestic partner under the provisions of any applicable federal, state or local law (a "Domestic Partner") of an **Insured Person**, but only if and so long as:

1.    the **Claim** against such spouse or Domestic Partner results from a **Wrongful Act** actually or allegedly committed by the **Insured Person**, to whom the spouse is married, or who is joined with the Domestic Partner; and

2.    such **Insured Person** and his or her spouse or Domestic Partner are represented by the same counsel in connection with such **Claim**.

No spouse or Domestic Partner of an **Insured Person** will, by reason of this subsection have any greater right to coverage under this **Community Association Management Liability Coverage Policy** than the **Insured Person** to whom such spouse is married, or to whom such Domestic Partner is joined.

The Company has no obligation to make any payment for **Loss** in connection with any **Claim** against a spouse or Domestic Partner of an **Insured Person** for any actual or alleged act, error, omission, misstatement, misleading statement, neglect or breach of duty by such spouse or Domestic Partner.

© 2013 The Travelers Indemnity Company.  All rights reserved.

**Q.    EXTENDED REPORTING PERIOD**

At any time prior to or within 60 days after the effective date of termination or cancellation of this **Community Association Management Liability Coverage Policy** for any reason other than nonpayment of premium, the **Named Insured** may give the Company written notice that it desires to purchase an Extended Reporting Period for the period set forth in ITEM 8 of the Declarations following the effective date of such termination or cancellation, regarding **Claims** made during such Extended Reporting Period against persons or entities who at or prior to the effective date of termination or cancellation are **Insureds**, but only for **Wrongful Acts** occurring wholly prior to the effective date of the termination or cancellation and which otherwise would be covered by this **Community Association Management Liability Coverage Policy**, subject to the following provisions:

1.    such Extended Reporting Period will not provide a new, additional or renewed limit(s) of liability; and

2.    the Company's maximum limit of liability for all **Claims** made during such Extended Reporting Period will be only the remaining portion of the applicable limit of liability set forth in the Declarations as of the effective date of the termination or cancellation.

The premium due for the Extended Reporting Period will equal the percentage set forth in ITEM 8 of the Declarations of the annualized premium of this **Community Association Management Liability Coverage Policy**, including the fully annualized amount of any additional premiums charged by the Company during the **Policy Year** prior to such termination or cancellation.  The entire premium for the Extended Reporting Period will be deemed to have been fully earned at the commencement of such Extended Reporting Period.

The right to elect the Extended Reporting Period will terminate unless written notice of such election, together with payment of the additional premium due, is received by the Company within 60 days of the effective date of the termination or cancellation.  If the **Named Insured** obtains a subsequent policy at the expiration of a **Policy Period** from the Company, no termination or cancellation shall have occurred.

**R.    ALLOCATION**

1.    If there is a **Claim** under this **Community Association Management Liability Coverage Policy** in which the **Insureds** who are afforded coverage for such **Claim** incur an amount consisting of both **Loss** that is covered by this **Community Association Management Liability Coverage Policy** and also loss that is not covered by this **Community Association Management Liability Coverage Policy** because such **Claim** includes both covered and uncovered matters, then such covered **Loss** and uncovered loss will be allocated as follows:

a.    one hundred percent of **Defense Expenses** incurred by and on behalf of the **Insureds** who are afforded coverage for such **Claim** will be allocated to covered **Loss**; and

b.    all loss other than **Defense Expense** will be allocated between covered **Loss** and uncovered loss based upon the relative legal and financial exposures of, and relative benefits obtained in connection with the defense and settlement of, the **Claim** by the **Insured Persons**, the **Insured Organization**, and others not insured under this **Community Association Management Liability Coverage Policy**. In making such a determination, the **Insured Organization**, the **Insured Persons** and the Company agree to use their best efforts to determine a fair and proper allocation of all such amounts. In the event that an allocation cannot be agreed to, then the Company will be obligated to make an interim payment of the amount of Loss which the parties agree is not in dispute until a final amount is agreed upon or determined pursuant to the provisions of this **Community Association Management Liability Coverage Policy** and applicable law.

**S.    CANCELLATION AND NONRENEWAL**

The Company may cancel this **Community Association Management Liability Coverage Policy** in which case 20 days written notice will be given to the **Named Insured**. The Company has the right to the premium amount for the portion of the **Policy Period** during which this **Community Association Management Liability Coverage Policy** was in effect.

© 2013 The Travelers Indemnity Company.  All rights reserved.

Subject to the provisions set forth in section V. CONDITIONS, N. CHANGE OF CONTROL, the **Named Insured** may cancel this **Community Association Management Liability Coverage Policy** by mailing the Company written notice stating when, thereafter, not later than the Expiration Date set forth in ITEM 2 of the Declarations, such cancellation will be effective. The earned premium will be computed on a pro rata basis. Premium adjustment may be made either at the time cancellation is effective or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

The Company will not be required to renew this **Community Association Management Liability Coverage Policy** upon its expiration. If the Company elects not to renew, it will provide to the **Named Insured** written notice to that effect at least 30 days before the Expiration Date set forth in ITEM 2 of the Declarations.

## T.   ACTION AGAINST THE COMPANY

No action will lie against the Company unless there has been full compliance with all of the terms of this **Community Association Management Liability Coverage Policy**.

No person or organization has any right under this **Community Association Management Liability Coverage Policy** to join the Company as a party to any action against the **Insured** to determine the **Insured's** liability, nor may the Company be impleaded by an **Insured** or said **Insured's** legal representative. Bankruptcy or insolvency of any **Insured** or an **Insured's** estate does not relieve the Company of any of its obligations hereunder.

## U.   CHANGES

Only the **Named Insured** is authorized to make changes in the terms of this **Community Association Management Liability Coverage Policy** and solely with the Company's prior written consent. This **Community Association Management Liability Coverage Policy's** terms can be changed, amended or waived only by endorsement issued by the Company and made a part of this **Community Association Management Liability Coverage Policy**. Notice to any representative of the **Insured** or knowledge possessed by any agent or by any other person will not effect a waiver or change to any part of this **Community Association Management Liability Coverage Policy**, or estop the Company from asserting any right under the terms, conditions and limitations of this **Community Association Management Liability Coverage Policy**, nor may the terms, conditions and limitations hereunder be waived or changed, except by a written endorsement to this **Community Association Management Liability Coverage Policy** issued by the Company.

## V.   ASSIGNMENT

This **Community Association Management Liability Coverage Policy** may not be assigned or transferred, and any such attempted assignment or transfer is void and without effect unless the Company has provided its prior written consent to such assignment or transfer.

## W.   REPRESENTATIONS

By acceptance of the terms set forth in this **Community Association Management Liability Coverage Policy**, each **Insured** represents and agrees that the statements contained in the **Application**, which is deemed to be attached hereto, incorporated herein, and forming a part hereof, are said **Insured's** agreements and representations, that such representations are material to the Company's acceptance of this risk, that this **Community Association Management Liability Coverage Policy** is issued in reliance upon the truth of such representations, and embodies all agreements existing between said **Insured** and the Company or any of its agents.

If any statement or representation in the **Application** is untrue, this **Community Association Management Liability Coverage Policy** is void and of no effect whatsoever, but only with respect to:

1.   any **Insured Person** who knew, as of the Inception Date set forth in ITEM 2 of the Declarations, that the statement or representation was untrue;

© 2013 The Travelers Indemnity Company.  All rights reserved.

2.      any **Insured Organization**, with respect to its indemnification coverage, to the extent it indemnifies any **Insured Person** referenced in 1. above; and

3.      any **Insured Organization**, if the person who signed the **Application** knew that the statement or representation was untrue.

Whether an **Insured Person** had such knowledge will be determined without regard to whether the **Insured Person** actually knew the **Application**, or any other application completed for this **Community Association Management Liability Coverage Policy**, contained any such untrue statement or representation.

## X.    LIBERALIZATION

If, during the **Policy Period**, the Company is required, by law or by insurance supervisory authorities of the state in which this **Community Association Management Liability Coverage Policy** was issued, to make any changes in the form of this **Community Association Management Liability Coverage Policy**, by which the insurance afforded by this **Community Association Management Liability Coverage Policy** could be extended or broadened without increased premium charge by endorsement or substitution of form, then such extended or broadened insurance will inure to the benefit of the **Insured** as of the date the revision or change is approved for general use by the applicable department of insurance.

## Y.    AUTHORIZATION

By acceptance of the terms herein, the **Named Insured** agrees to act on behalf of all **Insureds** with respect to the payment of premiums, the receiving of any return premiums that may become due hereunder, and the receiving of notices of cancellation, nonrenewal, or change of coverage, and the **Insureds** each agree that they have, individually and collectively, delegated such authority exclusively to the **Named Insured**; provided that nothing herein will relieve the **Insureds** from giving any notice to the Company that is required under this **Community Association Management Liability Coverage Policy**.

## Z.    ENTIRE AGREEMENT

This **Community Association Management Liability Coverage Policy**, including the Declarations, the **Application**, and any endorsements attached thereto, constitute the entire agreement between the Company and the **Insured**.

## AA.    HEADINGS

The titles of the various paragraphs of this **Community Association Management Liability Coverage Policy** and its endorsements are inserted solely for convenience or reference and are not to be deemed in any way to limit or affect the provision to which they relate.

© 2013 The Travelers Indemnity Company.  All rights reserved.

**THIS ENDORSEMENT CHANGES THE POLICY. PLEASE READ IT CAREFULLY.**

## GLOBAL COVERAGE COMPLIANCE ENDORSEMENT

This endorsement changes the following:

**Community Association Management Liability**

---

**It is agreed that:**

1.   The following is added to section **II. DEFINITIONS**:

*Financial Interest* means the **Named Insured's** insurable interest in an **Insured Organization** that is domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance, as a result of the **Named Insured's**:

1.   ownership of the majority of the outstanding securities or voting rights of such **Insured Organization** representing the present right to elect, appoint, or exercise a majority control over such **Insured Organization's** board of directors, board of trustees, board of managers, natural person general partner, or functional foreign equivalent;

2.   indemnification of, or representation that it has an obligation to indemnify, such **Insured Organization** for **Loss** incurred by such **Insured Organization**; or

3.   election or obligation to obtain insurance for such **Insured Organization**.

2.   The following is added to section **V. CONDITIONS**:

**SANCTIONS**

This **Community Association Management Liability Coverage Policy** will provide coverage, or otherwise will provide any benefit, only to the extent that providing such coverage or benefit does not expose the Company or any of its affiliated or parent companies to any trade or economic sanction under any law or regulation of the United States of America or any other applicable trade or economic sanction, prohibition, or restriction.

3.   The following replaces section **V. CONDITIONS**, **A. TERRITORY**:

**A.   TERRITORY AND VALUATION**

1.   This **Community Association Management Liability Coverage Policy** applies anywhere in the world; provided, this **Community Association Management Liability Coverage Policy** does not apply to **Loss** incurred by an **Insured,** residing or domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance, to the extent that providing this insurance would violate the laws or regulations of such country or jurisdiction.

2.   In the event an **Insured Organization** incurs **Loss** referenced in 1. above to which this insurance would have applied, the Company will reimburse the **Named Insured** for its **Loss**, on account of its **Financial Interest** in such **Insured Organization**. As a condition precedent to any rights under this **Liability Policy**, the **Named Insured** will cause the **Insured Organization** or its **Insured Persons** to comply with the conditions of this **Community Association Management Liability Coverage Policy**.

3.   All premiums, Limits of Liability, Retention, **Loss**, and other amounts under this **Community Association Management Liability Coverage Policy** are expressed and payable in the currency of

---

Issuing Company: **Travelers Casualty and Surety Company of America**
Policy Number: **106381254**

© 2015 The Travelers Indemnity Company. All rights reserved.

the United States. If a judgment is rendered, settlement is denominated, or another element of **Loss** under this **Community Association Management Liability Coverage Policy** is stated in a currency other than United States dollars, payment under this **Community Association Management Liability Coverage Policy** will be made in United States dollars at the rate of exchange published in *The Wall Street Journal* on the date the final judgment is reached, the amount of the settlement is agreed upon, or any other element of **Loss** is due, respectively.

4.      The following is added to section **V. CONDITIONS**, **E. CLAIM DEFENSE**:

In the event of a **Claim** against an **Insured** that resides or is domiciled in a country or jurisdiction in which the Company is not licensed to provide this insurance, the Company will have the right and duty to defend such **Claim** as set forth in this section V. CONDITIONS, E. CLAIM DEFENSE, to the extent that doing so would not violate the laws or regulations of such country or jurisdiction.

If the Company is prohibited from defending such **Claim**:

a.      the Company will have no duty to defend any **Claim** covered by this **Community Association Management Liability Coverage Policy**. It will be the duty of the **Insured** to defend such **Claims**; and the Company will have the right to participate with the **Insured** in the investigation, defense and settlement, including the negotiation of a settlement of any **Claim** that appears reasonably likely to be covered in whole or in part by such **Liability Coverage** and the selection of appropriate defense counsel; and

b.      upon written request, the Company will advance **Defense Expenses** with respect to such **Claim**. Such advanced payments by the Company will be repaid to the Company by the **Insureds** severally according to their respective interests in the event and to the extent that the **Insureds** are not entitled to payment of such **Defense Expenses** under such **Community Association Management Liability Coverage Policy**. As a condition of any payment of **Defense Expenses** under this subsection, the Company may require a written undertaking on terms and conditions satisfactory to the Company guaranteeing the repayment of any **Defense Expenses** paid to or on behalf of any **Insured** if it is finally determined that any such **Claim** or portion of any **Claim** is not covered under such **Community Association Management Liability Coverage Policy**.

Nothing herein contained shall be held to vary, alter, waive, or extend any of the terms, conditions, exclusions, or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

**THIS ENDORSEMENT CHANGES THE POLICY.  PLEASE READ IT CAREFULLY.**

# TEXAS CHANGES ENDORSEMENT

This endorsement changes the following:

**Community Association Management Liability Coverage**

---

**It is agreed that:**

1.     The following replaces section **V. CONDITIONS**, **Q. EXTENDED REPORTING PERIOD**:

**Q.     EXTENDED REPORTING PERIOD**

At any time prior to or within 60 days after the effective date of termination or cancellation of this **Community Association Management Liability Coverage Policy** for any reason other than nonpayment of premium, the **Named Insured** may give the Company written notice that it desires to purchase an Extended Reporting Period for the period set forth in ITEM 8 of the Declarations following the effective date of such termination or cancellation, regarding **Claims** made during such Extended Reporting Period against persons or entities who at or prior to the effective date of termination or cancellation are **Insureds**, but only for **Wrongful Acts** occurring wholly prior to the effective date of the termination or cancellation and which otherwise would be covered by this **Community Association Management Liability Coverage Policy**, subject to the following provisions:

1.     such Extended Reporting Period will not provide a new, additional or renewed limit(s) of liability;

2.     the Company's maximum limit of liability for all **Claims** made during such Extended Reporting Period will be only the remaining portion of the applicable limit of liability set forth in the Declarations as of the effective date of the termination or cancellation; and

3.     the minimum Extended Reporting Period offered will be 12 months.

Subject to section V. CONDITIONS, S. CANCELLATION AND NONRENEWAL, if the **Named Insured**  or the Company cancels or terminates this **Community Association Management Liability Coverage Policy**, except for termination due to nonpayment of premium, coverage provided under this **Community Association Management Liability Coverage Policy** will be automatically extended for the period of 30 days following the effective date of such cancellation or termination (the "Automatic Reporting Period"), but only with respect to **Wrongful Acts** otherwise covered under this **Community Association Management Liability Coverage Policy** taking place before the effective date of such cancellation or termination.  Any **Claim** made during the Automatic Reporting Period will be deemed to have been made during the **Policy Year** immediately preceding the Automatic Reporting Period.

The premium due for the Extended Reporting Period will equal the percentage set forth in ITEM 8 of the Declarations of the annualized premium of this **Community Association Management Liability Coverage Policy**, including the fully annualized amount of any additional premiums charged by the Company during the **Policy Year** prior to such termination or cancellation.  The entire premium for the Extended Reporting Period will be deemed to have been fully earned at the commencement of such Extended Reporting Period.

The right to elect the Extended Reporting Period will terminate unless written notice of such election, together with payment of the additional premium due, is received by the Company within 60 days of the effective date of the termination or cancellation.  If the **Named Insured** obtains a subsequent policy at the expiration of a  **Policy Period**  from the Company, no termination or cancellation shall have occurred.

---

Issuing Company: **Travelers Casualty and Surety Company of America**

Policy Number: **106381254**

© 2013 The Travelers Indemnity Company.  All rights reserved.

2.   The following replaces section **V. CONDITIONS**, **S. CANCELLATION AND NONRENEWAL**:

**S.     CANCELLATION AND NONRENEWAL**

The Company may cancel this **Community Association Management Liability Coverage Policy** by providing written notice of such cancellation to the **Named Insured** at least 20 days before the effective date of cancellation. The Company may cancel only for the following reasons:

1.     Any reason if the policy has been in effect for less than 60 days and is not a renewal of a policy issued by the Company;

2.     Nonpayment of premium;

3.     Fraud in obtaining coverage;

4.     An increase in hazard within the control of the **Named Insured** which would produce an increase in rate;

5.     Loss of the Company's reinsurance covering all or part of the risk covered by the policy; or

6.     On an insurer placed in supervision, conservatorship or receivership if the cancellation is approved or directed by the supervisor, conservator, or receiver.

A notice of cancellation resulting from the failure to pay a premium when due will be rescinded if payment in full is received by the Company within 20 days of the **Named Insured's** receipt of such notice of cancellation. The Company has the right to the premium amount for the portion of the **Policy Period** during which this **Community Association Management Liability Coverage Policy** was in effect.

Subject to the provisions set forth in section V. CONDITIONS, N. CHANGE OF CONTROL, the **Named Insured** may cancel this **Community Association Management Liability Coverage Policy** by mailing the Company written notice stating when, thereafter, not later than the Expiration Date set forth in ITEM 2 of the Declarations, such cancellation will be effective. The earned premium will be computed on a pro rata basis. Premium adjustment may be made either at the time cancellation is effective or as soon as practicable after cancellation becomes effective, but payment or tender of unearned premium is not a condition of cancellation.

The Company will not be required to renew this **Community Association Management Liability Coverage Policy** upon its expiration. If the Company elects not to renew, it will provide to the **Named Insured** written notice to that effect at least 60 days before the Expiration Date set forth in ITEM 2 of the Declarations.

If notice is delivered or mailed later than the 60th day before the Expiration Date, the coverage will remain in effect until the 61st day after the date on which the notice is delivered or mailed.  Earned premium for any period of coverage that extends beyond the Expiration Date of the policy will be computed pro rata based on the previous year's rate.

Cancellation and nonrenewal notices will provide a written statement fully explaining any decision which adversely affects the **Named Insured**.  The Company must state the following:

1.     the precise incident, circumstances or risk factor(s) applicable to the policyholder that violates the guidelines;

2.     the source of information the Company relied on regarding the incident, circumstances or risk factor; and

3.     specifically, any other information deemed relevant by the Commissioner.

The Company may not cancel or refuse to renew a policy or contract of insurance based solely on the fact  that the policyholder in question is an elected official.

3.   The following replaces section **V. CONDITIONS, W. REPRESENTATIONS**:

**W.     REPRESENTATIONS**

By acceptance of the terms set forth in this **Community Association Management Liability Coverage Policy**, each **Insured** represents and agrees that the statements contained in the **Application** , which is deemed to be attached hereto, incorporated herein, and forming a part hereof, are said **Insured's** agreements and representations, that this **Community Association Management Liability Coverage**

© 2013 The Travelers Indemnity Company. All Rights Reserved

**Policy** is issued in reliance upon the truth of such representations, and embodies all agreements existing between said **Insured** and the Company or any of its agents.

If it is established by judicial adjudication through a trial of the underlying facts that any statement or representation in the **Application** untrue and material with respect to this **Community Association Management Liability Coverage Policy**, such **Community Association Management Liability Coverage Policy** is void and of no effect whatsoever, with respect to:

1.    any **Insured Person** who knew, as of the Inception Date set forth in ITEM 2 of the Declarations, that the statement or representation was untrue;

2.    any **Insured Organization**, with respect to its indemnification coverage, to the extent it indemnifies any **Insured Person** referenced in 1. above; and

3.    any **Insured Organization**, if the person who signed the **Application** knew that the statement or representation was untrue.

Whether an **Insured Person** had such knowledge will be determined without regard to whether the **Insured Person** actually knew the **Application**, or any other application completed for this **Community Association Management Liability Coverage Policy**, contained any such untrue statement or representation.

4.    The following is added to section **II. DEFINITIONS**:

Throughout the **Community Association Management Liability Coverage** and any endorsements abuse means an act which is committed with the intent to cause harm.

Nothing herein contained shall be held to vary, alter, waive or extend any of the terms, conditions, exclusions or limitations of the above-mentioned policy, except as expressly stated herein. This endorsement is part of such policy and incorporated therein.

© 2013 The Travelers Indemnity Company. All Rights Reserved