UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| ROBERT CONNORS, ET AL., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:17-CV-1066-G |
| TRAVELERS CASUALTY & SURETY COMPANY OF AMERICA, | ) ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

The parties having advised the court that this case has been settled, it is

**ORDERED** that the final judgment or order of dismissal be presented for entry by **November 27, 2017**.  If it is not, then the case will be subject to dismissal.

September 25, 2017.

_____
**A. JOE FISH
Senior United States District Judge**