**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

| | | |
|---|---|---|
| ROBERT CONNORS, ALEX EINSPRUCH, KAYVON SHAHBAZ, BRIAN STEELY, AND PETER LU, | § § § § | |
| PLAINTIFFS, | § § | |
| v. | § § | CIVIL ACTION NO. 3:17-CV-1066-G |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | § § § § | |
| DEFENDANT. | § | |

**JOINT STIPULATION OF DISMISSAL**

COME NOW, Plaintiffs Robert Connors, Alex Einspruch, Kayvon Shahbaz, Brian Steely, and Peter Lu ("Plaintiffs") and Defendant Travelers Casualty and Surety Company of America ("Defendant") (collectively, the "Parties"), and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and agree as follows:

(1) The Parties have reached a compromise settlement which resolves all claims which are in dispute among them in this action;

(2) All claims or matters which were asserted or could have been asserted among the Parties in this action should be dismissed with prejudice.

(3) Each of the Parties should bear its own fees and costs.

WHEREFORE, PREMISES CONSIDERED, the Parties respectfully request that the Court enter the proposed Order dismissing this action in accordance with the terms of this Stipulation.

Respectfully submitted,

By: */s/ Shannon W. Conway*
Shannon W. Conway
State Bar No. 24052047
sconway@talcottfranklin.com
Cory C. Johnson
State Bar No. 24046162
cory@talcottfranklin.com
TALCOTT FRANKLIN P.C.
1920 McKinney Ave., 7th Floor
Dallas, Texas 75201
Telephone: (214) 736-8730
Fax: (800) 727-0659
**ATTORNEYS FOR PLAINTIFFS**

—AND—

By: */s/ Ashley F. Gilmore*
J. Price Collins
State Bar No. 04610700
price.collins@wilsonelser.com
Ashley F. Gilmore
State Bar No. 50511704
ashley.gilmore@wilsonelser.com
WILSON ELSER MOSKOWITZ
   EDELMAN & DICKER LLP
901 Main Street, Suite 4800
Dallas, Texas 75202-3758
Telephone: (214) 698-8000
Fax: (214) 698-1101
**ATTORNEYS FOR DEFENDANT**

## CERTIFICATE OF SERVICE

This hereby certifies that a true and correct copy of the foregoing Joint Stipulation of Dismissal was served on all known counsel of record via the Court's CM/ECF system on October 31, 2017.

*/s/ Ashley F. Gilmore*
Ashley F. Gilmore